**<u>EXHIBIT "A"</u>**

IN THE DISTRICT COURT OF THE FIRST CIRCUIT

HONOLULU DIVISION

STATE OF HAWAII

SEARCH WARRANT

STATE OF HAWAII                            )
                                           )   S.W. 2012 - 238
CITY AND COUNTY OF HONOLULU                )

TO THE HIGH SHERIFF OF THE STATE OF HAWAII, OR HIS DEPUTY, OR
THE CHIEF OF POLICE, OR HIS DEPUTY, OR ANY LAW ENFORCEMENT
OFFICER IN THE FIRST CIRCUIT, CITY AND COUNTY OF HONOLULU, STATE
OF HAWAII:

Affidavit having been made before me by Honolulu Police

Department Detective Aaron YOUNG that he has reason to believe

that the property described herein may be found at the locations

set forth herein and that it falls within those grounds

indicated below by "XXX" (s) in that it is property:

XXX      obtained in violation of Section 712-1222 and Section
         712-1226 of the Hawaii Revised Statutes;

XXX      which is, or has been used as a means of committing the
         offense of Promoting Gambling in the Second Degree in
         violation of Section 712-1222 of the Hawaii Revised
         Statutes and Possession of a Gambling Device in
         violation of Section 712-1226 of the Hawaii Revised
         Statutes;

XXX      possessed or controlled in violation of Section 712-
         1222 of the Hawaii Revised Statutes and Section 712-
         1226 of the Hawaii Revised Statutes; and/or

XXX      which is evidence of the criminal offenses of Promoting
         Gambling in the Second Degree in violation of Section
         712-1222 and Possession of a Gambling Device in
         violation of Section 712-1226 of the Hawaii Revised
         Statutes.

EXHIBIT A

and as I am satisfied that there is probable cause to believe

that the property described herein is contained on or within the

premises described below and that the foregoing grounds for

application for issuance of the search warrant exists;

<u>YOU ARE COMMANDED TO SEARCH:</u>

A.    The following locations of establishments doing
      business as "Winner's Zone":

      1. The Ewa Beach location, which is located at 91-
         996 Makule Road, Ewa Beach, HI 96706 as
         described on tax map key: 91034023 **(REFER TO
         ATTACHMENT #3 & #10)**;
      2. The Pearl City location, which is located at
         97-719 Kamehameha Highway, Pearl City, HI 96782
         **(REFER TO ATTACHMENT #3A & #10A)**;
      3. The Wahiawa location, which is located at 823
         California Avenue, Wahiawa, HI 96786 as
         described on tax map key: 74012004 **(REFER TO
         ATTACHMENT #3B, #10B, & #10B(a))**;
      4. The Waikiki location, which is located at 2301
         Kuhio Avenue Unit #101, Honolulu, HI 96815 as
         described on tax map key: 26022043 **(REFER TO
         ATTACHMENT #3C & #10C)**;
      5. The Waipio location, which is located at 94-
         1235 Ka Uka Boulevard #E, Waipahu, HI 96797 as
         described on tax map key: 94127027 **(REFER TO
         ATTACHMENT #3D & #10D)**;
      6. The Ward Avenue location, which is located at
         320 Ward Avenue #114, Honolulu, HI 96814 as
         described on tax map key: 21052020 **(REFER TO
         ATTACHMENT #3E & #10E)**;

      The premises to be searched are located within the
      City and County of Honolulu, State of Hawaii;

B.    Any and all storage areas located within the above-
      mentioned premises as described in Paragraph A;
      and/or

C.      Any and all closed containers located in or on the
        above-mentioned premises and/or storage areas as
        described in Paragraphs A and B;

**For the following property:**

1.      "Products Direct Sweepstakes" terminals
        and/or machines;

2.      Paraphernalia associated with "Products
        Direct Sweepstakes" terminal and/or machine
        operations, including but not limited to
        electronic components and circuitry, video
        monitors, circuit boards, notebooks, pieces
        of paper, signs, and keys for said machines;

3.      United States currency associated with said
        "Products Direct Sweepstakes" terminals
        and/or machines and containers therein where
        such currency may be stored;

4.      Records associated with "Products Direct
        Sweepstakes" terminal and/or machine
        operations; that the records include, but are
        not limited to, ledgers, logbooks, receipts,
        tickets, letters, lists, notes, personal
        telephone lists, photographs, video cameras,
        video television monitors, and video
        recording devices used in close circuit
        surveillance, books and other related
        documents of such operations;

5.      Personal property tending to establish the
        identity of persons in control of premises,
        containers and storage areas; that the
        personal identification records include, but
        are not limited to personal identification,
        bills, bank account statements, checks,
        photographs, rental receipts, rental
        agreements, keys and documents, tending to
        establish ownership to the premises,
        containers, and/or storage areas;

pursuant to Section 803-32 of the Hawaii Revised Statutes, as

amended and Rule 41 of the Hawaii Rules of Penal Procedure, and

if you find same, or any part thereof, to bring it forthwith before me, in the District Court of the First Circuit, City and County of Honolulu, State of Hawaii, or any other court in which the offense in respect to which the property or thing taken is triable, or retain such property in your custody subject to the order of this court pursuant to Rule 41 of the Hawaii Rules of Penal Procedure.

This warrant may be served and the search made on or before September 27, 2012, a date not to exceed two (2) days from the issuance of this search warrant, between the times indicated below by "X" (s):

   XXX      6:00 a.m and 10:00 p.m.

            10:00 p.m. and 6:00 a.m.

GIVEN UNDER MY HAND, and dated this _26th_ day of September 2012, at _10:34_ a.m./(p.m), City and County of Honolulu, State of Hawaii.

_____
JUDGE OF THE ABOVE-ENTITLED COURT
STATE OF HAWAII