ORIGINAL

KEITH M. KIUCHI, ALC
KEITH M. KIUCHI #2735
American Savings Bank Tower,
1001 Bishop Street, Suite 985
Honolulu, Hawaii 96813
TEL.: (808) 533-2230
FAX: (808) 533-4391

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 01 2012
at 3 o'clock and 15 min. P M.
SUE BEITIA, CLERK

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PJY ENTERPRISES, LLC, a Hawaii limited liability company; LUCKY G ENTERPRISES, INC., a Hawaii corporation; S L & G INVESTMENTS, LLC; a Hawaii limited liability company, WZ WAIKIKI PARTNERS, LLC, a Hawaii limited liability company; WZ WAHIAWA PARTNERS, LLC, a Hawaii limited liability company; and PMG ENTERTAINMENTS, LLC; a Hawaii limited liability company;<br><br>Plaintiffs,<br><br>vs.<br><br>KEITH M. KANESHIRO, in his official capacity as the Prosecuting Attorney of the City and County of Honolulu; LOUIS M. KEALOHA, in his official capacity as the Chief of Police of the City and County of Honolulu; HONOLULU POLICE DEPARTMENT; JOHN DOES 1-10; JANE DOES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10;<br><br>Defendants. | CIVIL NO. 12-00577 (LEK-KSC)<br>(Other Civil Action)<br><br>NOTICE OF HEARING ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION; PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION; DECLARATION OF APRIL WHITING-HARAGUCHI; DECLARATION OF TRACY YOSHIMURA; DECLARATION OF KEITH M. KIUCHI; EXHIBITS "1" - "33"<br><br><br>Hearing Date: _____<br>Hearing Time: _____<br>Judge: Leslie E. Kobayashi |

**NOTICE OF HEARING ON PLAINTIFFS' MOTION
FOR A PRELIMINARY INJUNCTION**

TO: **ROBERT CARSON GODBEY**
Corporation Counsel, City and County of Honolulu
**ERNEST H. NOMURA**
Deputy Corporation Counsel
**DEPARTMENT OF THE CORPORATION COUNSEL**
530 S. King St., Room 110
Honolulu, HI 96813

Attorneys for Defendants KEITH M. KANESHIRO and HONOLULU POLICE DEPARTMENT

PLEASE TAKE NOTICE that the foregoing Motion will be presented before the Honorable LESLIE E. KOBAYASHI, Judge of the above-entitled Court, in the Courtroom of said Judge at the PJKK Federal Building, 4th Floor, 300 Ala Moana Blvd., Honolulu, HI 96813, on the ____ day of _____, 2012, at the hour of _____ ____.M. of said day, or as soon thereafter as Counsel can be heard.

DATED: Honolulu, Hawaii, November 1, 2012.

_____
KEITH M. KIUCHI
Attorney for Plaintiffs

KEITH M. KIUCHI, ALC
KEITH M. KIUCHI #2735
American Savings Bank Tower,
1001 Bishop Street, Suite 985
Honolulu, Hawaii 96813
TEL.: (808) 533-2230
FAX: (808) 533-4391

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PJY ENTERPRISES, LLC, a Hawaii limited liability company; LUCKY G ENTERPRISES, INC., a Hawaii corporation; S L & G INVESTMENTS, LLC; a Hawaii limited liability company, WZ WAIKIKI PARTNERS, LLC, a Hawaii limited liability company; WZ WAHIAWA PARTNERS, LLC, a Hawaii limited liability company; and PMG ENTERTAINMENTS, LLC; a Hawaii limited liability company; <br><br> Plaintiffs, <br><br> vs. <br><br> KEITH M. KANESHIRO, in his official capacity as the Prosecuting Attorney of the City and County of Honolulu; LOUIS M. KEALOHA, in his official capacity as the Chief of Police of the City and County of Honolulu; HONOLULU POLICE DEPARTMENT; JOHN DOES 1-10; JANE DOES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10; <br><br> Defendants. | CIVIL NO. 12-00577 (LEK-KSC) <br> (Other Civil Action) <br><br><br> PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION |

**PLAINTIFFS' MOTION FOR A
<u>PRELIMINARY INJUNCTION</u>**

**COMES NOW** Plaintiffs PJY ENTERPRISES, LLC, a Hawaii limited liability company; LUCKY G ENTERPRISES, INC., a Hawaii corporation; S L & G INVESTMENTS, LLC, a Hawaii limited liability company; WZ WAIKIKI PARTNERS, LLC, a Hawaii limited liability company; WZ WAHIAWA PARTNERS, LLC, a Hawaii limited liability company; and PMG ENTERTAINMENTS, LLC; a Hawaii limited liability company (collectively the "Plaintiffs"); by and through their attorney, KEITH M. KIUCHI, and hereby moves this Court for a preliminary injunction, ordering that Defendant KEITH M. KANESHIRO (hereafter "Prosecutor KANESHIRO"), Defendant LOUIS M. KEALOHA (hereafter "Chief KEALOHA"), Defendant HONOLULU POLICE DEPARTMENT ("HPD") (collectively these Defendants are referred to as the "Defendants"), and any other persons or entities acting under their direction be enjoined and restrained from: (a) seizing the PRODUCTS DIRECT® SWEEPSTAKES terminals owned and distributed by Plaintiffs, (b) from interfering in any manner in the Plaintiffs' operation and distribution of said PRODUCTS DIRECT® SWEEPSTAKES terminals (including but not limited to statements regarding thereof and including but not limited to any freezing or seizure of Plaintiffs' bank accounts), and (c) from infringing upon Plaintiffs' constitutional rights under the United States and Hawaii Constitutions. Plaintiffs also seek, as part of this preliminary injunction, the return of the PRODUCTS DIRECT® SWEEPSTAKES terminals seized by the Defendants to the Plaintiffs.

This Motion is based upon the Complaint filed in this action on October 12, 2012 (that was originally filed in the Circuit Court of the First Circuit, State of Hawaii) and is brought pursuant to Rule 7.1 and 7.2 of the Local Rules of the District Court for the District of Hawaii and Rule 65(a) of the Federal Rules of Civil Procedure. This motion is also supported by the separately filed Memorandum of Law in Support of Motion; the attached Declaration of April

Whiting-Haraguchi; the attached Declaration of Tracy Yoshimura; the attached Declaration of Keith Kiuchi; Exhibits "1" – "33" attached hereto, the records and files of this matter, and such other matters as may be brought before the court in the hearing on this matter.

DATED: Honolulu, Hawaii, November 1, 2012.

_____
KEITH M. KIUCHI
Attorney for Plaintiffs

3