IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PJY ENTERPRISES, LLC, a Hawaii limited liability company; LUCKY G ENTERPRISES, INC., a Hawaii corporation; S L & G INVESTMENTS, LLC; a Hawaii limited liability company, WZ WAIKIKI PARTNERS, LLC, a Hawaii limited liability company; WZ WAHIAWA PARTNERS, LLC, a Hawaii limited liability company; and PMG ENTERTAINMENTS, LLC; a Hawaii limited liability company;<br><br>Plaintiffs,<br><br>vs.<br><br>KEITH M. KANESHIRO, in his official capacity as the Prosecuting Attorney of the City and County of Honolulu; LOUIS M. KEALOHA, in his official capacity as the Chief of Police of the City and County of Honolulu; HONOLULU POLICE DEPARTMENT; JOHN DOES 1-10; JANE DOES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10;<br><br>Defendants. | CIVIL NO. 12-00577 (LEK-KSC)<br>(Other Civil Action)<br><br>DECLARATION OF APRIL WHITING-HARAGUCHI |

## **DECLARATION OF APRIL WHITING-HARAGUCHI**

I, APRIL WHITING-HARAGUCHI, declare and state:

1. That I am presently the President of the Hawaii corporation known as Lucky G Enterprises, Inc. (hereafter "Lucky G"). Lucky G is a Hawaii corporation authorized to do business in the City and County of Honolulu, State of Hawaii. All of the facts set forth in this Declaration are within my personal knowledge.

2. Lucky G operates game arcades at 91-896 Makule Road, Ewa Beach, HI and at 97-719 Kamehameha Hwy., Pearl City, HI in the City and County of Honolulu. Lucky G had placed, in these two locations, PRODUCTS DIRECT® SWEEPSTAKES terminals which are owned by Lucky G.

3. Lucky G is a member of S L & G Investments, LLC (hereafter "S L & G"). S L & G is a Hawaii limited liability company authorized to do business in the City and County of Honolulu, State of Hawaii. S L & G operates a game arcade at 320 Ward Avenue, #114, Honolulu, HI in the City and County of Honolulu. S L & G had placed in this location PRODUCTS DIRECT® SWEEPSTAKES terminals which are owned by S L & G.

4. Lucky G is a member of WZ Waikiki Partners, LLC (hereafter "WZ Waikiki"). WZ Waikiki is a Hawaii limited liability company authorized to do business in the City and County of Honolulu, State of Hawaii. WZ Waikiki operates a game arcade at 2301 Kuhio Ave., Unit #101, Honolulu, HI in the City and County of Honolulu. WZ Waikiki had placed in this location PRODUCTS DIRECT® SWEEPSTAKES terminals which are owned by WZ Waikiki.

5. Lucky G is a member of WZ Wahiawa Partners, LLC (hereafter "WZ Wahiawa"). WZ Wahiawa is a Hawaii limited liability company authorized to do business in the City and County of Honolulu, State of Hawaii. WZ Wahiawa operates a game arcade at 823 California Ave., Wahiawa, HI in the City and County of Honolulu. WZ Wahiawa had placed in this location PRODUCTS DIRECT® SWEEPSTAKES terminals which are owned by WZ Wahiawa.

6. Lucky G is a member of PMG Entertainments, LLC (hereafter "PMG"). PMG is a Hawaii limited liability company authorized to do business in the City and County of Honolulu, State of Hawaii. PMG operates a game arcade at 94-1235 Ka Uka Blvd., #E,

Waipahu, HI in the City and County of Honolulu. PMG had placed in this location PRODUCTS DIRECT® SWEEPSTAKES terminals which are owned by PMG.

7.      Plaintiffs Lucky G, S L & G, WZ Waikiki, WZ Wahiawa and PMG all operate game arcades in the City and County of Honolulu, State of Hawaii, using the trade name "Winner'z Zone". The PRODUCTS DIRECT® SWEEPSTAKES terminals are some of the machines, but not the only machines, in these game arcades.

8.      On Thursday, September 27, 2012, Defendants Prosecutor KANESHIRO, Chief KEALOHA and the HONOLULU POLICE DEPARTMENT directed and conducted a seizure of PRODUCTS DIRECT® SWEEPSTAKES terminals located in the game arcades operated by Plaintiffs Lucky G, S L &G, WZ Waikiki, WZ Wahiawa and PMG. These PRODUCTS DIRECT® SWEEPSTAKES terminals were seized pursuant to a search warrant issued by the District Court of the First Circuit, Honolulu Division, in S.W. 2012-238. A true and correct copy of that search warrant is attached as Exhibit "1".

9.      As of this writing no civil or criminal forfeiture proceedings have been filed for the forfeiture of the PRODUCTS DIRECT® SWEEPSTAKES terminals.

10.      Plaintiffs Lucky G, S L & G, WZ Waikiki, WZ Wahiawa and PMG all have demanded the return of the PRODUCTS DIRECT® SWEEPSTAKES terminals to these respective Plaintiffs and as of this date they have not been returned. Plaintiffs Lucky G, S L & G, WZ Waikiki, WZ Wahiawa and PMG all seek the rightful return of the PRODUCTS DIRECT® SWEEPSTAKES terminals to them.

11.      I have read and reviewed the Declaration of Tracy Yoshimura. The PRODUCTS DIRECT® SWEEPSTAKES terminals are operated, at all of the locations operated by Lucky G,

3

S L & G, WZ Waikiki, WZ Wahiawa and PMG, in a manner consistent with the statements made by Mr. Yoshimura in his declaration.

I declare, under penalty of law, that the foregoing is true and correct to the best of my information and belief.

DATED: Honolulu, Hawaii, October 31, 2012.

_____
APRIL WHITING-HARAGUCHI