IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PJY ENTERPRISES, LLC, a Hawaii limited liability company; LUCKY G ENTERPRISES, INC., a Hawaii corporation; S L & G INVESTMENTS, LLC; a Hawaii limited liability company, WZ WAIKIKI PARTNERS, LLC, a Hawaii limited liability company; WZ WAHIAWA PARTNERS, LLC, a Hawaii limited liability company; and PMG ENTERTAINMENTS, LLC; a Hawaii limited liability company;<br><br>Plaintiffs,<br><br>vs.<br><br>KEITH M. KANESHIRO, in his official capacity as the Prosecuting Attorney of the City and County of Honolulu; LOUIS M. KEALOHA, in his official capacity as the Chief of Police of the City and County of Honolulu; HONOLULU POLICE DEPARTMENT; JOHN DOES 1-10; JANE DOES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10;<br><br>Defendants. | CIVIL NO. 12-00577 (LEK-KSC)<br>(Other Civil Action)<br><br>DECLARATION OF KEITH M. KIUCHI |

## DECLARATION OF KEITH M. KIUCHI

KEITH M. KIUCHI, declares and states:

1. That I am an attorney licensed to practice law in the State of Hawaii.

2. That I represent the Plaintiffs in the above-entitled matter. All of the facts set forth in this Declaration are within my personal knowledge.

3. That Exhibit "2" attached hereto is a true and correct copy of a letter that I sent to Prosecuting Attorney Keith M. Kaneshiro on Friday, October 5, 2012. As of this date I have not received a response to this letter from Mr. Kaneshiro.

4. That as set forth in the attached Declaration of Tracy Yoshimura, on September 28, 2012 Mr. Kaneshiro held a news press conference (the "news press conference"). As set forth in the attached Declaration of Tracy Yoshimura, Mr. Kaneshiro made the following statements at this news press conference:

   a. "It's elementary you put in money with the intent of winning money, you either win or lose money and that's gambling". (Source: KHON News)

   b. "We did extensive legal research and there are case laws (sic) across the nation that support our position that indicates these machines are gambling machines." (Source: KHON News)

   c. "Legal research showed cases in which courts in Mississippi and Missouri have determined the machines are illegal gambling devices." (Source: Honolulu Star-Advertiser)

   d. "Citizens are put on notice that these are gambling machines and gambling is illegal in Hawaii." (Source: Honolulu Star-Advertiser)

5. That in my letter to Mr. Kaneshiro dated October 5, 2012 I gave him the opportunity to inform me if he was not correctly quoted in the statements set forth in Paragraphs 4a through 4d above, by any of the sources mentioned. As of this date I have received no response from Mr. Kaneshiro to my request that he inform me if any of these quotes are not correct.

6. That in the news press conference Mr. Kaneshiro stated that: "Legal research showed cases in which courts in Mississippi and Missouri have determined the machines are

2

illegal gambling devices." Exhibit "9" attached hereto is a true and correct copy of an opinion from the Missouri Office of the Attorney General which found that machines that reveal the results of a "raffle" or "sweepstakes" are not a "gambling device". Exhibit "13" attached hereto is a true and correct copy of the most recent appellate case in the State of Mississippi regarding gaming machines, which is *Moore v. Mississippi Gaming Commission*, ____ So. 3d ____, 2011 WL 1136464 (Mississippi Court of Appeals, March 29, 2011).

7. Exhibit "14" attached hereto is a true and correct copy of the decision of the Toledo Municipal Court in Lucas County in *State of Ohio v. Dabish,* case No. CRB-08-25138 (Toledo Municipal Court, November 18, 2009). Exhibit "33" attached hereto is a true and correct copy of a Ordinance No. 2012-3588 adopted by the City of Fremont in a settlement agreement between the City of Fremont and Marvin Dabish, et. al., who were essentially the same parties involved in the case shown in Exhibit "14".

8. Exhibit "15" attached hereto is a true and correct copy of a magistrate court's decision in South Carolina in *Greenville County Sheriff's Office vs. Sweepstakes Terminal No. 0399* (County of Greenville Magistrate's Court, September 4, 2012). The decision of the Circuit Court in South Carolina, which had initially upheld the same magistrate's decision in the same case holding that the terminals were legal, is attached hereto as Exhibit "16". Exhibit "17" attached hereto is a true and correct copy of the same circuit court's order remanding the case back to the magistrate after a motion for reconsideration was filed by the Greenville County Sheriff's Office.

9. Exhibit "29" attached hereto is a true and correct copy of the decision of the North Carolina Court of Appeals in *Hest Technologies, Inc. v. State of North Carolina,* ____ S.E.2d ____, 2012 WL 695984 (N.C.App. 2012)

3

10. The presence of the PRODUCTS DIRECT® SWEEPSTAKES terminals have been the subject of several television news stories as early as February 21, 2012. Attached hereto are stories that were found on the websites of the following television channels that specifically refer to the PRODUCTS DIRECT® SWEEPSTAKES terminals: KITV.com, news story dated February 21, 2012 (Exhibit "26"); KHON2.com, news story dated May 17, 2012 (Exhibit "27"); and HawaiiNewsNow (KGMB and KHNL), news story dated July 13, 2012 (Exhibit "28").

11. In two of these three stories Matt Matsunaga is listed as the attorney for the distributor. In one of these stories I was listed as the attorney for the distributor. At no time have Mr. Matsunaga or I ever received a phone call or any other communication from the Honolulu Police Department or the Prosecuting Attorney of the City and County of Honolulu regarding the PRODUCTS DIRECT® SWEEPSTAKES terminals.

12. Exhibit "29" attached hereto is a true and correct copy of a February 20, 1997 opinion of the Texas Attorney General (Letter Opinion No. 97-008).

I declare, under penalty of law, that the foregoing is true and correct to the best of my information and belief.

DATED: Honolulu, Hawaii, October 31, 2012.

_____
KEITH M. KIUCHI