**EXHIBIT "1"**

IN THE DISTRICT COURT OF THE FIRST CIRCUIT

HONOLULU DIVISION

STATE OF HAWAII

SEARCH WARRANT

STATE OF HAWAII )
) S.W. 2012 - 238
CITY AND COUNTY OF HONOLULU )

TO THE HIGH SHERIFF OF THE STATE OF HAWAII, OR HIS DEPUTY, OR THE CHIEF OF POLICE, OR HIS DEPUTY, OR ANY LAW ENFORCEMENT OFFICER IN THE FIRST CIRCUIT, CITY AND COUNTY OF HONOLULU, STATE OF HAWAII:

Affidavit having been made before me by Honolulu Police Department Detective Aaron YOUNG that he has reason to believe that the property described herein may be found at the locations set forth herein and that it falls within those grounds indicated below by "XXX" (s) in that it is property:

XXX     obtained in violation of Section 712-1222 and Section 712-1226 of the Hawaii Revised Statutes;

XXX     which is, or has been used as a means of committing the offense of Promoting Gambling in the Second Degree in violation of Section 712-1222 of the Hawaii Revised Statutes and Possession of a Gambling Device in violation of Section 712-1226 of the Hawaii Revised Statutes;

XXX     possessed or controlled in violation of Section 712-1222 of the Hawaii Revised Statutes and Section 712-1226 of the Hawaii Revised Statutes; and/or

XXX     which is evidence of the criminal offenses of Promoting Gambling in the Second Degree in violation of Section 712-1222 and Possession of a Gambling Device in violation of Section 712-1226 of the Hawaii Revised Statutes.

**EXHIBIT 1**

and as I am satisfied that there is probable cause to believe that the property described herein is contained on or within the premises described below and that the foregoing grounds for application for issuance of the search warrant exists;

**YOU ARE COMMANDED TO SEARCH:**

A.  The following locations of establishments doing business as "Winner'z Zone":

   1. The Ewa Beach location, which is located at 91-896 Makule Road, Ewa Beach, HI 96706 as described on tax map key: **91034023 (REFER TO ATTACHMENT #3 & #10)**;
   2. The Pearl City location, which is located at 97-719 Kamehameha Highway, Pearl City, HI 96782 **(REFER TO ATTACHMENT #3A & #10A)**;
   3. The Wahiawa location, which is located at 823 California Avenue, Wahiawa, HI 96786 as described on tax map key: **74012004 (REFER TO ATTACHMENT #3B, #10B, & #10B(a))**;
   4. The Waikiki location, which is located at 2301 Kuhio Avenue Unit #101, Honolulu, HI 96815 as described on tax map key: **26022043 (REFER TO ATTACHMENT #3C & #10C)**;
   5. The Waipio location, which is located at 94-1235 Ka Uka Boulevard #E, Waipahu, HI 96797 as described on tax map key: **94127027 (REFER TO ATTACHMENT #3D & #10D)**;
   6. The Ward Avenue location, which is located at 320 Ward Avenue #114, Honolulu, HI 96814 as described on tax map key: **21052020 (REFER TO ATTACHMENT #3E & #10E)**;

   The premises to be searched are located within the City and County of Honolulu, State of Hawaii;

B.  Any and all storage areas located within the above-mentioned premises as described in Paragraph A; and/or

C. Any and all closed containers located in or on the above-mentioned premises and/or storage areas as described in Paragraphs A and B;

**For the following property:**

1. "Products Direct Sweepstakes" terminals and/or machines;

2. Paraphernalia associated with "Products Direct Sweepstakes" terminal and/or machine operations, including but not limited to electronic components and circuitry, video monitors, circuit boards, notebooks, pieces of paper, signs, and keys for said machines;

3. United States currency associated with said "Products Direct Sweepstakes" terminals and/or machines and containers therein where such currency may be stored;

4. Records associated with "Products Direct Sweepstakes" terminal and/or machine operations; that the records include, but are not limited to, ledgers, logbooks, receipts, tickets, letters, lists, notes, personal telephone lists, photographs, video cameras, video television monitors, and video recording devices used in close circuit surveillance, books and other related documents of such operations;

5. Personal property tending to establish the identity of persons in control of premises, containers and storage areas; that the personal identification records include, but are not limited to personal identification, bills, bank account statements, checks, photographs, rental receipts, rental agreements, keys and documents, tending to establish ownership to the premises, containers, and/or storage areas;

pursuant to Section 803-32 of the Hawaii Revised Statutes, as amended and Rule 41 of the Hawaii Rules of Penal Procedure, and

if you find same, or any part thereof, to bring it forthwith before me, in the District Court of the First Circuit, City and County of Honolulu, State of Hawaii, or any other court in which the offense in respect to which the property or thing taken is triable, or retain such property in your custody subject to the order of this court pursuant to Rule 41 of the Hawaii Rules of Penal Procedure.

This warrant may be served and the search made on or before September 27, 2012, a date not to exceed two (2) days from the issuance of this search warrant, between the times indicated below by "X" (s):

__XXX__     6:00 a.m and 10:00 p.m.

_____  10:00 p.m. and 6:00 a.m.

GIVEN UNDER MY HAND, and dated this __26th__ day of September 2012, at __10:34__ a.m./(p.m), City and County of Honolulu, State of Hawaii.

_____
JUDGE OF THE ABOVE-ENTITLED COURT
STATE OF HAWAII