**EXHIBIT "3"**

Login

Reward Points    Your Wishlist    Shopping Cart (0)    Contact Us    Your Account

:pand Customer Service

Now In: Sweepstakes Rules

**Browse Categories**

Mens Fashion
Womens Fashion

FAQ

# Products Direct Sweepstakes™ Rules

NO PURCHASE NECESSARY - PURCHASE WILL NOT IMPROVE CHANCES OF WINNING

- ## Promotion Description

  The sweepstakes is designed to promote and advertise consumer products sold by Products Direct, LLC. The website to order products is www.redeemsite.com. No purchase, payment, entry fee or proof of purchase is required as a condition of entering the sweepstakes or receiving a prize. A purchase will not improve the chances of winning. The promotion begins December 1, 2010 and ends on November 30, 2012.
  The coupons are good for up to 30% off per order excluding any tax or shipping charges.
  All Coupon sales are non-refundable.
  No change given on coupon sales.

- ## Eligibility

  The sweepstakes is only open to individuals who are eighteen years of age or older. Void where prohibited by law. The sweepstakes is subject to all applicable federal, state and local laws and regulations. Employees of Products Direct, LLC and its affiliates are not eligible to win. The purchase of a product from Products Direct, LLC does not automatically enter the purchaser in the sweepstakes.

- ## How to Enter with Purchase of Discount Coupon

  Free promotional entries accompany the purchase of a discount coupon which coupon may be applied toward the purchase of consumer products sold by Products Direct, LLC. You cannot purchase entries directly. The discount coupons may be dispensed by the sweepstakes terminal or by an attendant from a point of sale terminal. Entries also may be obtained without a purchase as described below. The sweepstakes does not differentiate between entries received in connection with a purchase of a coupon and those received by mail without a purchase.

- ## No Purchase Method of Entry

  To receive free promotional entries (equivalent to a $1.00 purchase of discount coupons) by mail, you must obtain a request code from the game screen by pressing the "Primary Sweepstakes Rules" button and then the "Display Free Entry Request Code" button. After viewing the code, you must hand write on a three inch by five inch (3x5) index card the following information: (i) the request code; (ii) the location of the sweepstakes terminal (name of the retail sponsor's establishment, city and state); and (iii) your name, age, street address, city, state, zip code and telephone number. You must mail the index card to Products Direct, LLC, P.O. Box 496, Norcross, GA 30071. Each 3x5 card must be mailed in its own separate outer envelope (i.e., limit one request code per envelope). The address on the envelope to Products Direct, LLC must be handwritten and you may not use a postage meter or other mechanical device to affix the postage on the envelope. Products Direct will reimburse you for the cost of a first class postage stamp. Incomplete, incorrect, illegible, lost, misdirected or damaged requests for a free entry request code are invalid. Please allow up to four weeks to receive your redeem code. To use the redeem code, you must return to the same sweepstakes terminal from which the request code was obtained. You must press the "Enter Free Entry Redeem Code" button on the screen and enter your redeem code on the pop-up key pad.

- ## Prizes, Games and Odds of Winning

  Only cash prizes are available. Not every entry will win a prize. You may instantly reveal your entries, or play a fun game, to see if you have won a prize. Each sweepstakes terminal has several different games to play and each game may be played at various levels (i.e., groups of entries). The prizes for each level and the instant reveal option may be different. Please refer to the rules screen in each game regarding the details of that game and total amount of prizes and winners available in a fully loaded game. The odds of winning will depend on the game selected and the level selected.

- ## To Claim a Prize

  Cash prizes must be redeemed at the retail location where the sweepstakes terminal is located and must be redeemed before you leave the premises. All prize winnings are subject to verification. Prizes are not transferable and no substitution of prizes is permitted. Prizes awarded from malfunction are not valid. Any discrepancy regarding the authenticity of prize winnings shall be decided by the retail location sponsor and all decisions are final. The promotional entries have no cash value. Prize winners may be required to show proof of eligibility.

- ## Taxes

  All federal, state, and local taxes on prizes are the sole responsibility of the winner.



EXHIBIT 3

- **Changes to the Games**

The sponsors reserve the right to change, modify and update the games contained in the sweepstakes terminal without notice. The sponsors may terminate or invalidate entries or prizes if misconduct or technical difficulties destroy, corrupt or otherwise affect the integrity of the game.

- **Limitation of Liability**

To the extent permitted by law, entrants by participating in the sweepstakes agree that Products Direct, LLC and the retail sponsor and their respective officers, directors, employees, representatives and agents shall have no liability and shall be held harmless by entrants for any injury, damage, loss or liability to person or property, due in whole or part, directly or indirectly, by reason of the acceptance, possession, use or misuse of prizes or participation in the sweepstakes. To the extent permitted by law, entrants hereby waive all rights to claim punitive, incidental and consequential damages and any other damages other than for actual out-of-pocket costs.

About RedeemSite.com | Returns | FAQ | Contact Us
Sweepstakes Rules Wishlist | Site Map | Privacy Policy

© Redeem Site 2012. All Rights Reserved.
4150 Blue Ridge Industrial Parkway, Suite B
Norcross, GA 30071