**EXHIBIT "4"**

05/23/2005 16:24 FAX 2526570255        FACE CARD                                            ☒003/004

NOV-78-2004 09:2638   FROM-3ALR    WE                                                       P.001/002  F-085

**JAY T. KIMURA**
PROSECUTING ATTORNEY

**CHARLENE Y. IBOSHI**
FIRST DEPUTY
PROSECUTING ATTORNEY



34 RAINBOW DRIVE
HILO, HAWAII 96720

PH: 961-0466
FAX: 961-8206
934-3403
934-3363

WEST HAWAII UNIT
P.O. BOX 748
KEALAKEKUA, HAWAII 96750

PH: 322-2552
FAX: 322-6584

**OFFICE OF THE PROSECUTING ATTORNEY**

November 3, 2004

Mary Skidmore
General Delivery
Kamuela, Hawaii 96743

Dear Ms. Skidmore,

   We have received your letter dated October 20, 2004, inquiring as to the legality of "The Game of Life $500,000 Giveaway," and "Ad-Tabs Coupon Cards" under Hawaii Revised Statutes 712-1220. Upon reviewing the information you provided and the relevant statutes, it is our opinion that such games are in accord with Hawaii's gambling laws.

   The Hawaii Revised Statutes prohibit games of chance which require payment before being eligible to participate. Such activity is considered to be "gambling" and is prohibited. Sections 712-1220 through 712-1231 of the Hawaii Revised Statutes detail the statutory prohibitions against gambling. In particular, Section 712-1220(4) states that a person commits the offense of gambling where he or she

> "*stakes or risks something of value* upon the outcome of a contest of chance or a future contingent event not under his control or influence, upon an agreement or understanding that he or someone else will receive something of value in the event of a certain outcome."

Further, the statute defines *something of value* as meaning

> "money or property, any token, object, or article exchangeable for money or property, or any form of credit or promise directly or indirectly contemplating transfer of money or property of any interest therein, or involving extension of a service or entertainment." HAW. REV. STAT. §712-1220(11).

   The two games you have referenced are in compliance with State statutes as both games do not require participants to "risk something of value." The rules of both games state that no purchase is necessary to participate. As such, any person may enter either contest free of charge and without risking something of value.

   Because the element of "risking something of value" is missing from "The Game of Life $500,000 Giveaway" and "Ad-Tabs Coupon Cards" both games do not violate the State's gambling statutes.

**EXHIBIT 4**

Ms. Mary Skidmore
October 27, 2004
Page 2

      This opinion is based upon the supplementary information that you provided in your letter dated October 20, 2004, and upon the current laws of the County and State of Hawaii.

      Please feel free to contact our office should you require any further assistance.

      Sincerely yours,

      JAY T. KIMURA
      Prosecuting Attorney

JTK/SAL

Hawai'i County is an Equal Opportunity Provider and Employer