**EXHIBIT "5"**

Case 1:12-cv-00577-LEK-RLP   Document 8-8   Filed 11/01/12   Page 2 of 2   PageID #: 153

```
05/23/2005 14:41 FAX  775 829  13        KENO GAME SALES                     ☒004/004
05/23/2005 18:23 FAX  2626   255          FACE CARD                          ☒001/004
04/12/2005 14:54 IFAX KIM@ADTABS.COM                         → Kim McMahon    ☒002/002
Apr-12-2005  10:00am   From-SACK N SAVE        8081852804       T-414 P.002/002 F-962
```

Harry Kim
Mayor



Janice A. Pakele
Director

## County of Hawaii
### DEPARTMENT OF LIQUOR CONTROL
Hilo Lagoon Centre, 101 Aupuni Street, Suite 230 • Hilo, Hawaii 96720-4261
(808) 961-8218 • Fax (808) 961-8684

April 1, 2005

Mr. Philip Oshura
Lucky Distributors
P.O. Box 437210
Kamuela, Hawai'i 96743

Dear Mr. Oshura:

You have asked whether the AD-Tabs promotion is permitted in liquor licensed establishments in the County of Hawaii.

You have stated that there is no requirement to purchase the AD-tabs in order for the public to participate. Based on this information, we do not have objections to this promotion.

We advise you and our liquor licensees to ensure compliance to state and county laws. Failure to do so may result in further action.

We wish you success in your venture.

Janice Pakele
Director

04.01.05.oshura

Hawaii County is an Equal Opportunity Provider and Employer

**EXHIBIT 5**