**EXHIBIT "6"**

```
05/23/2005 14:40 FAX  115 625 2588
  06/23/2005 16:23 FAX  262657···          FACE CARD                                    ☒002/004
    02/28/2005 15:09 IFAX KIM&A...rADS.COM                        → KIM McMahon    ☒001/002
     Jul 23 04 01:09a                                                                P.1
```

BRYAN J BAPTISTE  
MAYOR



ERIC K. HONMA  
DIRECTOR

An Equal Opportunity Employer

**COUNTY OF KAUAI**  
**DEPARTMENT OF LIQUOR CONTROL**  
LIHUE CIVIC CENTER, MO'IKEHA BUILDING  
4444 RICE STREET, SUITE 120  
LIHUE, KAUAI, HAWAII 96766-1340  
TEL. NO. (808) 241-6580    FAX NO. (808) 241-6585

February 22, 2005

Ms. Mary Skidmore  
P.O. Box 437201  
Kamuela, HI 96743

    Re: Ad Tabs – legality

Dear Ms. Skidmore:

There are no administrative rules that circumvent or contradict state statutes. Therefore, I am inclined to concur with the opinion of the Office of the Prosecuting Attorney with regards to the above-mentioned inquiry as so stated in their response to you, dated November 3, 2004.

Should you have any questions, you may contact me at the above-listed phone number.

    Aloha,

    DEPARTMENT OF LIQUOR CONTROL

    DEXTER S. SHIMATSU  
    Investigator

**EXHIBIT 6**