**EXHIBIT "7"**

# Ad-Tabs® Coupon Cards Official Rules

**NO PURCHASE NECESSARY. PURCHASING AN AD-TABS® COUPON WILL NOT IMPROVE YOUR CHANCES OF WINNING.**

**1. Eligibility**: Promotion is open to legal residents of the fifty states of the United States and the District of Columbia who are aged 18 years and older at the time of participation. Void in Puerto Rico and where prohibited by law. Employees of Face Card Promotions ("Sponsor") and its distributors and participating retailers, their parent companies, affiliates, subsidiaries, and advertising and promotion agencies, and members of the immediate family and household of each are not eligible to play or win.

**2. How to Get an Official Game Piece**. You may purchase an Ad-Tabs® coupon with an official game piece attached. TO ENTER WITHOUT PURCHASE OF COUPON: (a) ask the participating retailer for an official game piece request form and legibly hand print all of the information requested on the form; or (b) call 800-603-3223 to request an official game piece request form; or (c) on a sheet of white paper no smaller than 3"x 5", legibly hand print your name, address, city, state, zip code, age, the name of the promotion for which you are requesting, a game piece, and the name and address of the retail establishment at which you will redeem the game piece if it is a winning game piece. Mail the official game piece request form or other game piece request together with a self-addressed envelope in an outer stamped mailing envelope to Face Card Promotions, Official Game Piece Request, 5330 - 50th Street, Kenosha, WI 53144. Do not enclose any other promotion materials including game pieces in the envelope with the game piece request. Limit of one game piece request per outer stamped envelope. Incomplete and/or illegible game piece requests will not be honored. Game piece request must be received no later than the date that occurs one week following the stated end date of the promotion. Sponsor assumes no responsibility for lost, late, damaged, misdirected or postage due requests which may limit a person's ability to participate. The Ad-Tabs® coupon attached to the game piece you receive will be void.

**3. How To Play**: Pull back the perforated flaps on the offer side of the Ad-Tabs® coupon to reveal the official chance game piece. If word "WIN" and a gold starburst containing a dollar value are printed under the flaps, you win that prize, subject to verification.

**4. Location/Prizes/Odds/End Date**: These Official Rules apply to a number of Ad-Tabs® game promotions. Each promotion consists of one box of Ad-Tabs® coupons with attached game pieces; each promotion is offered only at the participating retailer location where these Official Rules are posted. In addition to these Official Rules at each participating retailer two posters are displayed for each different promotion offered. These posters contain the following information about the individual promotion and this information is a part of these Official Rules:

- the name of the promotion,
- the number of game pieces,
- a description of each prize offered,
- the number and approximate retail value of each prize,
- the odds of winning each prize,
- the overall odds of winning any prize, and
- the game end date.

**5. How To Redeem a Winning Game Piece**: Winning game pieces may be redeemed only at the retail location where the Ad-Tabs® coupon was purchased, where the official game piece request form was obtained, or as indicated on the game piece request. When redeeming a winning game piece, in order to retain the valuable discount coupon, when valid, tear off the opened flaps or if necessary moisten the coupon to separate it from the game piece. All prize claims are subject to verification. Game pieces that are altered, duplicated, tampered with, forged; or which contain printing, mechanical, and/or other errors; which are distributed where prohibited by law; or which are not obtained legitimately, will be void. Acceptance of a prize constitutes permission to sponsor and its agencies and participating retailers to use prize winner's name and likeness for advertising and publicity purposes without further permission or compensation, except where prohibited by law. Unclaimed prizes will not be awarded.

**6. General Conditions**. By participating in the promotion, participants agree (a) to abide by and be bound by these Official Rules; and (b) to hold harmless and release sponsor, its distributor and participating retailers, their parent companies, affiliates, subsidiaries, and advertising and promotion agencies from any and all liability, claims or actions with respect to or, in any way, arising from this promotion and acceptance, possession, use, or misuse of any prize. Sponsor assumes no responsibility for any printing, mechanical, or other errors. In the event of any printing, mechanical, or other error or irregularity, sponsor assumes no liability. No substitution or transfer of prizes permitted, except at the discretion solely of sponsor. Payment of any taxes on a prize is solely the responsibility of the winner. If, for any reason, including but without limitation fraud, tampering, printing, mechanical or other errors or irregularities, the integrity of the promotion is impaired as determined by sponsor, in its discretion solely, sponsor reserves the right to cancel, terminate, modify, or suspend the promotion in whole or in part. Only prizes claimed prior to such cancellation, termination, modification, or suspension will be awarded. In no event will more than the stated number of prizes be awarded. All promotion materials submitted become the property of sponsor and will not be returned.

**7. Winner's List**. The participating retailer will retain a list of winners of prizes valued at $25 and more for a period of one week following the end of the promotion.

**8. Sponsor**: Face Card Promotions, 5330 - 50th Street, Kenosha, WI 53144.

Rules Rev. 1.05 04/25/06 TLC  EXHIBIT 7   © Copyright 2004 Big Shu Advantage, Inc.