**EXHIBIT "8"**

**LIQUOR COMMISSION
CITY AND COUNTY OF HONOLULU**

711 KAPIOLANI BOULEVARD, SUITE 600  HONOLULU, HAWAII 96813-5249  PHONE (808) 523-4458  FAX (808) 591-2700
INTERNET ADDRESS:  www.honolulu.gov/liq
E-MAIL: liquor@honolulu.gov   •   TOLL-FREE PHONE: 1-800-838-9976 (select "4")

MUFI HANNEMANN
MAYOR



January 31, 2006

DENNIS ENOMOTO
CHAIRMAN

DANNY KIM
VICE CHAIR

IRIS R. OKAWA
COMMISSIONER

JON F. YAMAGUCHI
COMMISSIONER

ANNA C. HIRAI
ACTING ADMINISTRATOR

Keith Kiuchi, Esq.
Suite 2525, Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Dear Mr. Kiuchi:

Re:   Request to Use Phone Cards Only In Premises
      GER, INC., dba CAFE BRONCO
      1549 Colburn Street, Honolulu, Hawaii 96817
      Dispenser General License No. E0228

At its hearing on January 26, 2006, the use of only **Phone Cards** within your licensed premise is hereby **APPROVED** by the Liquor Commission under the conditions stated in your request. This approval is based upon the information and conditions stated in your request. Accordingly, you must notify us immediately of any changes, which may require resubmission of your request.

If you have any questions, please contact Administrative Services Officer Daniel Arakaki at 527-5302.

Sincerely,

*Anna C. Hirai*

ANNA C. HIRAI
Acting Administrator

ACH:nf



EXHIBIT 8

**LIQUOR COMMISSION**
**CITY AND COUNTY OF HONOLULU**
711 KAPIOLANI BOULEVARD, SUITE 600  HONOLULU, HAWAII 96813-5249  PHONE (808) 523-4458  FAX (808) 591-2700
INTERNET ADDRESS:  www.honolulu.gov/liq
E-MAIL: liquor@honolulu.gov  *  TOLL-FREE PHONE: 1-800-838-9976 (select "4")



MUFI HANNEMANN
MAYOR

April 17, 2006

DENNIS ENOMOTO
CHAIR

DANNY KIM
CO-VICE CHAIR

IRIS R. OKAWA
CO-VICE CHAIR

JON F. YAMAGUCHI
COMMISSIONER

DEWEY H. KIM, JR.
ADMINISTRATOR

Keith M. Kiuchi, Esq.
Kiuchi & Nakamoto
1001 Bishop Street, Pauahi Tower, #2525
Honolulu, Hawaii 96813

Dear Mr. Kiuchi:

    Re:   JOINT REQUEST OF GER, INC. dba CAFE BRONCO
           AND KP-AMUSEMENTS, LLC
           1549 Colburn Street, Honolulu, Hawaii 96817
           Joint Request to install "CALL ME" and "THE SEA IS CALLING"
           <u>Master Phone Calling Vending Machines by Tecknik Mfg.</u>

    At its hearing on April 13, 2006, the Liquor Commission **APPROVED** your request to install the following vending machines: "Call Me" and "The Sea is Calling", manufactured by Tecknik Mfg., Inc. This approval is based upon the information and conditions stated in your request. Accordingly, you must notify us immediately of any changes.

    If you have any questions, please call Administrative Services Officer Daniel Arakaki at (808) 527-5302.

Sincerely,

DEWEY H. KIM, JR.
Administrator

DHKJ:dm