**EXHIBIT "12"**



**LIQUOR COMMISSION**
# CITY AND COUNTY OF HONOLULU
711 KAPIOLANI BOULEVARD, SUITE 600 ● HONOLULU, HAWAII 96813-5249
PHONE: (808) 768-7301 ● FAX: (808) 591-2700 ● TOLL-FREE PHONE: 1-800-838-9976 (select "4")
E-mail address: liquor@honolulu.gov ● INTERNET: www.honolulu.gov/liq

SENATE COMMITTEE ON JUDICIARY AND LABOR
Senator Brian T. Taniguchi, Chair
Senator Dwight Y. Takamine, Vice Chair

Tuesday, February 10, 2009
9:00 a.m. Conference Room 016

My name is Dewey H. Kim, Jr., Administrator of the Honolulu Liquor Commission. The Honolulu Liquor Commission takes this opportunity to **strongly support SB 260 "Relating to Gambling,"** which amends the definition of gambling to clarify that purchase of sweepstakes entry that also provides nominal non-gambling value constitutes gambling even if sweepstakes entry can be obtained without payment of consideration.

**Current Problem**

There are currently many so called "Ad-Tab Machines" located throughout bars, lounges and other licensed premises throughout the City and County of Honolulu. Our investigators have also reported these gambling machines in candy stores, fast food places and other retail establishments, other then just bars and lounges. These machines dispense a card for $1.00 that can win anywhere from $1.00 to $1,000.00 and they are attached to a phone card, retail coupon or a horoscope. SB 260 would clearly indicate that the cards and machines fall within the definition of gambling.

We have had uncover investigators witness customers buying a few to hundreds of cards and playing them in the bars and licensed facilities. After they "play" the game, the customers usually throw the cards in the trash without using the coupon, phone card or horoscope. We have received many complaints about persons gambling their paychecks away on the gambling cards, lose mortgage payments and leaving their families without money for food. In one situation, gambling through the cards caused a foreclosure and lead to a divorce, according to the complaint from the gambler's wife. In a second case it almost caused the arrest of a bar customer, who refused to quit



Testimony, page 2

playing the machine while a law enforcement operation with the Liquor Commission and HPD was proceeding.

The money being generated by these machines is substantial. According to an internet sales site, a company with similar pull tabs offers one kit that has 2880 tickets at $1.00 each with a 79% payout and profits of $604.00 after expenses.

There have been complaints of children/adolescents playing the machines in stores, such as crack seed stores. Since the machines are defended as not being gambling as a "token" card is given out, there are no regulatory controls. For example, who certifies that the cash prize is actually contained in the roll of cards and are the players informed if the prize has already been won?

**Incidents involving the machines:**

\*Complaint these gambling machines caused a fight in a bar. One of the players said he lost his whole pay check, but then won a couple of hundred dollars.

\*Complaint on one bar from a female who wants us to pick up the machines as lots of her friends are losing their paychecks and rent monies.

\*A caller complained that "the gambling machines (should be taken out of there, because so much of her family and friends have lost so much money, weekly pay checks are gone in 10 minutes, rent money are lost to the machines, people fight with the owners all the time over the pay off of the machines. One of her friends was so depressed she tried to commit suicide, from losing $800.00 in 26 minutes."

\*One caller said that her husband had lost his paychecks on a number of occasions and her children are not getting fed. She could not stop him from using the machines.

\*It is clear from the complaints we are receiving that the gambling is not just entertainment and the people are not using the machines to get a minutes worth of phone calls or a coupon.

\*Additionally, since the companies that have the machines say that these machines are not gambling there is no one insuring that people are

Testimony, page 3.

actually winning money. Unlike Las Vegas or Atlantic City, there is no gambling commission, so we have no idea if the games are fair.

**Other Problems Caused by the Gambling Machines**

Because of the large amount of money being made on these cards, the following incidents took place in the last few years. Three different bars in Kalihi had individuals enter their premises and take out gambling machines against the owner's will. In two of the cases, guns were brandished and in one of the three cases the individuals took money from the cash register of the premise. Besides using guns, these robberies occurred in broad daytime. We understand from information received that some of the problems may be arising from territorial disputes over who supplies the cards.

This experience is not isolated to Hawaii. In one report, the Gambling Commission in Minnesota, warned retailers that pull tab machines have been robbed more than 20 times in the last few months.

**National Gambling Consultant Concludes Ad-Tab Machines are Gambling**

In 2006, the Commission hired National Gambling Consultant, William L. Holmes, formerly of the Federal Bureau of Investigations and currently a gambling expert witness. He examined the Pull-Tab devices and stated: "Based upon the above facts it is my opinion that the Pull-Tab devices in question are gambling devises that were designed and manufactured for the purpose of gambling." In addition to Mr. Holmes' written testimony on July 11, 2006, he also came to the Commission hearing and testified.

**Case Law Throughout the Country Supports the Finding that the Ad-Tab Machines Are Illegal Gambling**

*California:* The People vs. Pacific Gaming Technologies,
82 Cal. App. 4th 699, 98 Cal Rptr.2d 400 (2000)

Pacific Gaming Technologies placed phone card vending machines in bus stations, truck stops and other places people are

Testimony, page 4.

likely to buy prepaid phone cards. The vending machines had a sweepstakes attached to it. The appellate court found that the machines constituted illegal gambling saying "In our view, if it looks like a duck, walks like a duck, and sounds like a duck, it is a duck."

In this gambling card, the top part of the ticket shows the result of the sweepstakes and the bottom is a phone card to place a call up to 5 minutes. The court ruled that the vending machine did provide an element of chance with the customer being able to win $100 for a $1.00 investment.

California Attorney General's Memorandum
The California Attorney General issued a memorandum to all Police Chiefs and Sheriffs that "It is the view of the Division of Gambling Control that the gambling device known as Tab Force ™ constitutes an unlawful gambling device..."

*Colorado:* Sniezek and F.A.C.E. Trading, Inc., vs. Colorado Department of Revenue and Colorado Liquor Enforcement, 113 P.3d 1280 (2005).

Ad-Tab machines and the paper tickets in bars constituted illegal gambling devices that were seized by Department of Revenue and Liquor Enforcement Division.

A couple of key points made in this decision; first the primary design of the Ad-tab was to sell the "win cash" feature and not the phone cards. Also, though people could get a free card by sending away from the distributor, in 2000, 20 million cards were sold, but only 40 requests for free entries were received. Also, the California court heard the argument that this product was no different then a McDonald's promotion. The Court stated that the distinction is that while Ad-Tab are not promoting a product, McDonald's promotion is for the increased sales of hamburgers.

*Michigan:* F.A.C.E. vs. Department of Consumer and Industry

Testimony, page 5.

Services, 717 N.W.2d 377 (2005)

Ad-Tabs with coupons on the back constituted an illegal promotion of a lottery under Michigan law. Michigan sent out an alert that warned that all Ad-Tab Sales in the state must end in October 2004.

*Indiana:* F.A.C.E.Trading vs. Carter, 821 N.E.2d 38 (2005) Ad-Tab machines are illegal gambling devices under Indiana statutes. Currently Indiana is considering legislation to approve Ad-Tab games.

*Maryland:* F.A.C.E. Trading vs. Todd, 2006 WL 2068066. Ad-Tab coupons with cash prizes were illegal gaming devices under Maryland state law. The judge indicated that the alleged product discount was a mere guise to allow gambling transactions.

*Florida:* In 2002, Sheriffs in Florida seized machines and cards from Piglet's Sports Bar and Grill for operating an illegal lottery with the Ad Tab Machines. The newspaper article indicted that a typical Ad-Tab retailer produces $6,300 a month in sales and in one case one operator with 25 retailers earned more than $500,000 a year after expenses. In Florida, the coupons on the back of the card were for products, such as soup or dart games.

It is for the foregoing reasons that the Honolulu Liquor Commission supports SB 260.