**EXHIBIT "17"**

|  |  |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) |  |
| COUNTY OF GREENVILLE ) | THIRTEENTH JUDICIAL CIRCUIT |
| ) |  |
| ) |  |
| Greenville County Sheriff's Department, ) | Case No. 11-CP-23-2657 |
| ) |  |
| Appellant, ) |  |
| ) |  |
| v. ) | ORDER |
| ) |  |
| ) |  |
| Sweepstakes Terminal No. 0399, ) |  |
| ) |  |
| Respondent. ) |  |
| ) |  |

This matter is before the Court on Appellant Greenville County Sheriff Department's Rule 59(e) Motion to Alter or Amend Judgment. In the Court's Order of January 27, 2012, this Court affirmed the Order of Magistrate Charles R. Garrett, dated April 7, 2011, which ruled that Sweepstakes Terminal 0399 is legal under South Carolina law.

A hearing was held on the Sheriff Department's Motion to Alter or Amend on February 29, 2012. Assistant Deputy Attorney General C. Havird Jones, Jr., and Deputy Attorney General Robert D. Cook of the Attorney General's Office appeared for the Appellant Sheriff's Department; Kirsten E. Small, Esquire and S. Jahue "Jake" Moore, Sr., Esquire appeared for the Respondent.

The Court notes that the record in this case is particularly sparse. Only one witness testified before Judge Garrett. Additionally, there was disagreement about the propriety of the affidavits submitted by Respondent after the hearing. The State never had the opportunity to cross-examine these witnesses. Moreover, our Supreme Court recently clarified the burden of proof in forfeiture cases. *Union County Sheriff's Office v. Henderson*, --- S.E.2d ---, 2011 WL 6347850 (S.C. Sup. Ct. Op. No. 27077, filed December 19, 2011). Accordingly, it is the

EXHIBIT 17

decision of this Court that the Sheriff Department's Motion to Alter or Amend is granted. This Court's January 27, 2012 Order is hereby rescinded and vacated, and this case is remanded to Magistrate Judge Garrett for further factual development of the record. Upon remand, Judge Garrett shall develop a complete factual record and make conclusions based upon those facts and the applicable law.

**IT IS SO ORDERED.**

D. Garrison Hill
Circuit Judge

March 16, 2012
Greenville, South Carolina