**EXHIBIT "19"**

**LIQUOR COMMISSION**
**CITY AND COUNTY OF HONOLULU**
711 KAPIOLANI BOULEVARD, SUITE 600, HONOLULU, HAWAII 96813-5249
PHONE (808) 768-7300 • **NEW** FAX (808) 768-7311
INTERNET ADDRESS: www.honolulu.gov/liq • E-MAIL: liquor@honolulu.gov



PETER B. CARLISLE
MAYOR

June 17, 2011

IRIS R. OKAWA
CO-VICE CHAIR

MICHAEL S. YAMAGUCHI
CO-VICE CHAIR

PATRICK K. KOBAYASHI
COMMISSIONER

WESLEY F. FONG
COMMISSIONER

JOSEPH V. O'DONNELL
COMMISSIONER

GREG I. NISHIOKA
ADMINISTRATOR

ANNA C. HIRAI
ASSISTANT ADMINISTRATOR

Keith M. Kiuchi, Esq.
A Law Corporation
1001 Bishop Street,
ASB Tower, Suite 985
Honolulu, Hawaii 96813

Dear Mr. Kiuchi:

    Re:   Joint Petition for Declaratory Ruling to allow use of Products Direct
           Sweepstakes Terminals in premises – **Approved**
           PJY ENTERPRISES, LLC, and GDFT, LLC
           dba KANPAI BAR AND GRILL
           404 Ward Avenue, Honolulu, Hawaii 96814
           <u>Restaurant General License No. R0411</u>

    At its hearing on June 16, 2011, the Liquor Commission **approved** your Petition for Declaratory Ruling submitted on behalf of the above-noted licensee, to allow use of Products Direct Sweepstakes Terminals in the above-noted licensed premises.

    If you have any questions regarding this matter, please call Acting Chief Investigator Ross Shinsato at 768-7337.

                                         Sincerely,

                                         GREG I. NISHIOKA
                                         Administrator

GIN:cls

**EXHIBIT 19**