**EXHIBIT "20"**



Register | Log in | Shopping Cart (0) | Wishlist (0)

VISA  MasterCard  DISCOVER

Search store [Search]

HOME PAGE | NEW PRODUCTS | SEARCH | MY ACCOUNT | CONTACT US

**CATEGORIES**
- Bath & Beauty
- Beachwear & Accessories
- Children Clothes
- Decorative Baskets
- Hawaiian Fabric
- Hawaiian Food & Grinds
- Hawaiian Gifts
- Local Sandals - Slippahs
- Matching Wedding Clothes
- Men's Clothing & Gifts
- Silk Flower Leis
- Suntan & Sunscreen Lotions
- Wedding Clothes & Gifts
- Women Hawaiian Apparel

**Products Direct , LLC**

Welcome to our site! Products Direct is an online retailer showcasing and promoting some of today's most innovative and new products. In addition to our new products we also offer many of the products that are most desirable to online shoppers. Our selection is always changing, offering you a premier selection, one-stop shopping convenience, and competitive pricing.

If you want to receive additional discounts on our already competitive prices, you can purchase coupons at many of our coupon dispensers located at local bars, convenience stores, fraternal organizations and game rooms across the country for up to a 30% discount on products. When you purchase our coupons you will also receive free entries to participate in our sweepstakes promotion at the time of purchase at the coupon dispenser. Please view the sweepstakes rules here. There is no purchase necessary to enter the sweepstakes (see rules for details on the free method of entry).



Featured Products: Flip Flops | Snake Ring | Stylish Hat

**SHOPPING CART**
You have no items in your shopping cart.

**SUBSCRIBE TO NEWSLETTERS**
Email:
• Subscribe   Unsubscribe
[Submit]

**INFORMATION**
- F.A.Q
- Contact Us
- About Us
- New products
- Recently viewed products
- Compare products list
- Sitemap
- Shipping & Returns
- Privacy Notice
- Conditions of Use

**NEWS**

Site Maintenance - Sunday, August 19, 2012
08/19/2012 2:00pm - 9:00pm
details

[View News Archive]

Powered by nopCommerce

Copyright © 2012 Hawaii Redeem Site. All rights reserved.



EXHIBIT 20





Kalea - Fabric online

Details
Add to cart



Kalena Fabric

$12.19
With 30% off $8.53

Details
Add to cart



Kalena Fabrics

$17.09
With 30% off $11.96

Details
Add to cart



Kamea - Aloha Fabrics

$17.09
With 30% off $11.96

Details
Add to cart



$17.09
With 30% off $11.96

Details
Add to cart

**1** 2 3 4 Next

Powered by nopCommerce

Copyright © 2012 Hawaii Redeem Site. All rights reserved.