**EXHIBIT "21"**



| | |
|---|---|
| **Matthew M. Matsunaga**<br>*Attorney at Law*<br><br>DIRECT 808.523.6061<br>mmatsunaga@schlackito.com | MAIN  808.523.6040<br>FAX   808.523.6030<br><br>Topa Financial Center<br>745 Fort Street • Suite 1500<br>Honolulu, Hawaii 96813 |

July 27, 2011

***Via Email Transmission to***:
liquor@kauai.gov

Department of Liquor Control
County of Kauai
Lihue Civic Center, Moikeha Building
4444 Rice Street, Suite 120
Lihue, HI 96766

Re:    **Request from AGR, Inc. dba Brick Oven Pizza and DTI-LLC, dba Lihue Bowling Center, for Approval of Dept. of Liquor Control to Place Products Direct Sweepstakes Terminals in Their Establishments**

Ladies and Gentlemen:

I represent PJY Enterprises, LLC, who is the sole authorized distributor of Products Direct Sweepstakes Terminals in the State of Hawaii. This letter is being sent to request, on behalf of AGR, Inc., dba Brick Oven Pizza, and DTI-LLC, dba Lihue Bowling Center, that the Department of Liquor Control approve the placement of the Products Direct Sweepstakes Terminals in these two establishments. This request is made pursuant to Rule 7.5(c), which states that "Any and all games and other forms of entertainment provided by management, such as music, shows, and game machines are prohibited except where and when specifically permitted by the commission in writing." Thus this letter seeks the specific approval of this form of game machine at these two licensed premises.

1.    <u>Licensees Requesting Approval</u>. The two licensees (who are hereafter referred to collectively as the "Licensee") requesting the approval are as follows:

AGR, INC., dba BRICK OVEN PIZZA
Liquor License Number: K1232
4361 Kuhio Highway
Kapaa, Hawaii 96766.

DTI-LLC, dba LIHUE BOWLING CENTER
Liquor License Number: 5G-026
4303 Rice Street
Lihue, Hawaii 96766





Department of Liquor Control
July 27, 2011
Page 2 of 6


2.   <u>Type of Machine</u>. The machine that the Licensee requests approval for is an electronic terminal that sells discount coupons to help promote the products sold by Products Direct, LLC. This terminal, which has been approved for use by the Honolulu Liquor Commission, and in several other jurisdictions, most notably South Carolina and Ohio, operates as follows:

a.   The Products Direct Sweepstakes Terminals describe the promotion and the sweepstakes rules on the screen.

b.   The customer walks up to the terminal, and inserts paper money into the bill acceptor.

c.   The terminal prints out a discount coupon that is worth twice the value of the amount of money inserted into the terminal subject to a cap of 30% off of the consumer product(s) to be purchased from Products Direct, LLC.

d.   The customer can go online and redeem the coupon at the www.redeemsite.com in connection with the purchase of consumer product(s) offered by Products Direct, LLC.

e.   In connection with the purchase of the discount coupon, the customer receives free entries into the sweepstakes. The customer can play one of eight games to reveal whether he has won anything, or he can instantly find out by selecting the "Reveal Instant Winners" button. Thus, the customer is not required to play the games to see if he has won.

f.   Instead of purchasing a discount coupon, a customer can enter the sweepstakes without a purchase. A customer can follow the instructions on the terminal screen (or the posted written rules) and write in for a free entry code. Upon receipt of the free entry code, the customer must return to the exact same terminal, where the "request for a free entry code" was made, and type in the code to redeem his or her "free entries". This requirement ensures that the customer's entries come from the "same pool" from which he/she had requested the free entry. Upon entering the code, the customer receives 100 free entries to play the sweepstakes.

The games contained in the terminal include slots, poker, keno, and bingo. The games are NOT connected to the sweepstakes and as noted above, playing the games are not a prerequisite to see if a customer has won the sweepstakes. If a customer wins cash in the sweepstakes, he may receive that cash from the store clerk. What is important is that the terminal will not permit the customer to replay his winnings (i.e., there is no "free play



Department of Liquor Control
July 27, 2011
Page 3 of 6

feature"). The only way to obtain additional entries is to purchase additional discount coupons. Attached hereto as Exhibit "1" is a true and correct copy of the Products Direct Sweepstakes™ Rules, as developed by the manufacturer of the machines. Attached as Exhibit "2" are examples of products that are available on the Products Direct website. The machine is a device to promote the products sold by the Products Direct website, using a sweepstakes feature as an attraction but, as required by law, the sweepstakes can be entered into without any purchase.

3.     Legality of Products Direct Sweepstakes Terminals. The Products Direct Sweepstakes Terminals have been approved for use by the Honolulu Liquor Commission, as established by that letter attached as Exhibit "3". The approval was given after a Petition was filed in Honolulu citing all of the facts in this Request for Approval. In filing that Petition in Honolulu, Products Direct provided that Commission with evidence that the machines have been found to be legal. Attached hereto as Exhibit "4" is a true and correct copy of an opinion letter from The Gearhiser Law Firm, Inc., an Ohio law firm, giving the opinion that these machines are legal and do not constitute gambling under Ohio law. Attached hereto as Exhibit "5" is a true and correct copy of an opinion letter from Moore, Taylor & Thomas, P.A., a law firm in South Carolina, giving the opinion that these machines are legal and do not constitute gambling under South Carolina law. Attached hereto as Exhibit "6" is a true and correct copy of a decision by a magistrate in South Carolina ruling that the specific machines that approval is sought for here are legal in South Carolina and do not constitute gambling.

4.     Argument to Support Legality of Products Direct Sweepstakes Terminals. In addition to the court decision cited from South Carolina, Products Direct can cite to legal authority that these machines are legal. The question simply put, and which the Honolulu Liquor Commission decided in favor of Products Direct, is whether the terminals are legal under Hawaii law. Hawaii law defines "gambling" as where a person "stakes or risks something of value upon the outcome of a contest of chance or a future contingent event not under his control or influence, upon an agreement or understanding that he or someone else will receive something of value in the event of a certain outcome." Sec.712-1220(4), H.R.S. The statute thus requires three essential elements: (a) that a person risks something of value, (b) that the contest is a game of chance, and (c) that the person receives something of value in the event of a certain outcome, or, put quite simply, consideration, chance, and reward. If any one of these three elements is missing, then the activity does not constitute gambling. Because a sweepstakes game, the type of game found in the form of the "Monopoly"™ game at McDonald's, gives free entries, it is not considered to be gambling. There is no consideration paid for the entry as free entries are available if the customer writes to the company. In this case, that is also the case. The customer is purchasing discount coupons for the money, and based upon the purchase of those discount coupons is entered into the



Department of Liquor Control
July 27, 2011
Page 4 of 6

sweepstakes. Unlike the phone card, but much like the McDonald's promotion, the Products Direct sweepstakes offers a product, (i.e., discount coupons), that is directly related to what the manufacturer sells. In this case, Products Direct sells consumer products on line and thus the discount coupons are directly tied in. As stated in the South Carolina decision, there is no purchase payment, entry fee, or proof of purchase that is required as a condition of entering the game promotion or receiving a prize. As set forth in the sweepstakes rules which are on the terminal screen and in writing posted at the terminal site, a customer may enter the sweepstakes without a purchase by sending a written request to Products Direct. Again, it is important to emphasize that Products Direct offers the products that it promotes in the sale of the discount coupons. Thus the product promoted is strongly related to the product that the customer is purchasing. This differs from the phone cards where there is no promotion of any product as part of the sweepstakes, but simply the sale of a phone card, which is totally unrelated to the promoter of the sweepstakes.

     5.    <u>Previous Types of Sweepstakes That Have Been Approved in Hawaii</u>. The Products Direct terminal is not the first sweepstakes promotion to have been specifically approved by the Honolulu Liquor Commission or other liquor control boards in Hawaii. The two most notable of these promotions were the phone cards, which were approved in Honolulu, and the ad-tab coupons, which were previously approved in Kauai and on the Big Island. Specifically on November 10, 2005, the Honolulu Liquor Commission approved the sale of phone cards distributed by Larbil, Inc., in a six-column vending machine. Attached hereto as Exhibit "7" are letters from the Honolulu Liquor Commission dating back to 2006 relating to the previous approval given by the Honolulu Liquor Commission to KP Amusements (another vendor) to use these phone card machines. These phone card machines were essentially card dispensers. Customers would buy phone cards from the machine for $1.00, which would give them 5 minutes of phone time. Accompanying each phone card was a sweepstakes game, in which the customer would have the opportunity to win a prize in a pull-tab or scratch-off game. The machine would have the name and address of the company where the customers can take part in the game without making a purchase. In the case of the phone cards, the customers received something of value, phone time, and the sweepstakes game was available both to customers that purchased the phone cards and customers that wrote in for free game pieces in the sweepstakes game. The other sweepstakes promotion, which was approved on both Kauai and the Big Island, were "Ad-Tabs Coupon Cards". The concept of the Ad-Tabs Coupon Cards were similar to the Products Direct Sweepstakes Terminals except that the coupon offers for those cards were much more limited in the number of products available. Customers are offered a coupon which can be applied toward the purchase of products or services, with a value at least five times the purchase price. The coupon carries the advertiser's redemption information, as well as a pull-tab or scratch-off game giving the purchaser a chance to win a prize. As with the phone cards, a sweepstakes game was attached to each card. On November 3, 2004,



Department of Liquor Control
July 27, 2011
Page 5 of 6

Prosecuting Attorney Jay T. Kimura of the County of Hawaii gave his opinion about the legality of the Ad-Tabs Coupon Cards. In Exhibit "8", he states that "because the element of risking something of value is missing . . . both games do not violate the State's gambling statutes." The opinion centers on the fact that any person may enter the contest free of charge without risking something of value. Mr. Kimura's opinion, that the Ad-Tabs Coupon Cards was echoed by at least two other agencies. In an April 1, 2005, letter, Janice Pakele of the County of Hawaii Department of Liquor Control gave the opinion that the Ad-Tabs Coupon Cards would be permitted in liquor establishments because "there is no requirement to purchase the AD-tabs in order for the public to participate." (Exhibit "9"). The County of Kauai shared a similar opinion as Investigator Dexter Shimatsu stated in a February 22, 2005, letter that the Ad Tabs were legal, thus concurring "with the opinion of the Office of the Prosecuting Attorney". (Exhibit "10"). Thus in 2005, three separate agencies held that the Ad-Tabs Coupon Cards were legal.

      6.    <u>Court Decisions in the United States Supporting Legality of Phone Cards and Ad-Tab Coupons</u>. The Ad-Tabs Coupon Cards were found to be legal by a Federal District Court in Florida in a trademark infringement case. *F.A.C.E. Trading, Inc,. et al v. Famiano, et al*, Civil No. 01740-SDM-TBM, Middle District of Florida, United States District Court, January 30, 2006. There is much more case law regarding the phone cards (which operate with a customer buying phone time for a $1.00 and being entered into the sweepstakes, which can also be entered without a purchase). In Alabama, a circuit court judge held in a trial that a sweepstakes promotion at a racetrack was legal and was not a lottery. *Jefferson County Racing Association, Inc. vs. Mike Hale*, No. CV 05-7684 JSC, Circuit Court of Jefferson County, Alabama, January 31, 2006. That sweepstakes was a promotion similar to the phone card promotion. In fact, the court in its decision cited the opinion of the Alabama Attorney General, Op. Att'y Gen. 99 28 (1998) which opined that the phone card was legal and was not a lottery. The opinion of the Alabama Attorney General stated that "because the program allows for the free distribution of game chances through a mail in option" there was no element of consideration and thus was not a prohibited lottery. The fact that game "chances" were available free through the mail was a key factor in another attorney general opinion. In *Mississippi Gaming Commission v. Treasured Arts, Inc.*, 669 So.2d 936 (Miss. 1997) the court held that the phone card was not a lottery because there was no proof that the amount paid for the telephone card was more than the retail price of the telephone time. Thus in these decisions, the focus was on whether the product offered had a value commensurate with the cost. But the focus really should be on whether a free entry is available for the sweepstakes because it is that feature that makes the Products Direct terminals legal as no person is required to pay for a chance to enter the sweepstakes. For example, the Alabama Supreme Court in *Pepsi Cola Bottling Co. of Luverne, Inc. v. Coca-Cola Bottling Co.*, Andalusia, 534 So.2d 295 (Ala. 1988) found that Pepsi's instant cash game was not a lottery. There, Pepsi went to a lot of trouble to make



Department of Liquor Control
July 27, 2011
Page 6 of 6

sure all retailers had an adequate number of free entries available to give away.  The scheme was challenged on the basis of a previous injunction entered against Coke and Pepsi, prohibiting them from conducting similar schemes; the injunction seemed to be based on lack of availability of free entry methods.  The incidental benefit to Pepsi in their sale of soft drinks did not provide consideration to make the game a lottery.

      7.    <u>Summary</u>.  Products Direct offers free entries into the sweepstakes, which are only redeemable at the same terminal from which they were requested (thus eliminating any argument that the persons receiving free entries do not have the same probability of winning, or that the free entries come from a separate "pool") and offers legitimate coupons for legitimate products.  Customers have the alternative of paying for these coupons, which offer true discounts (even if shipping is factored in).  The discounts received if the customer buys the coupons are far more than the amount paid.  For these reasons, the licensees request that this Commission approve the Products Direct Sweepstakes Terminals in their establishments.  Exhibit "11" attached hereto is the letters from the licensees requesting that the machine be installed on their premises.

Very truly yours,

SCHLACK ITO
A LIMITED LIABILITY LAW COMPANY

Matthew M. Matsunaga

Attachments:  Exhibits 1 through 11

# Products Direct Sweepstakes™ Rules
## NO PURCHASE NECESSARY
## PURCHASE WILL NOT IMPROVE CHANCES OF WINNING

**Promotion Description:** The sweepstakes is designed to promote and advertise consumer products sold by Products Direct, LLC. The website to order products is www.redeemsite.com. No purchase, payment, entry fee or proof of purchase is required as a condition of entering the sweepstakes or receiving a prize. A purchase will not improve the chances of winning The promotion begins December 1, 2010 and ends on November 30, 2012.

**Eligibility:** The sweepstakes is only open to individuals who are eighteen years of age or older. Void where prohibited by law. The sweepstakes is subject to all applicable federal, state and local laws and regulations Employees of Products Direct, LLC and its affiliates are not eligible to win. The purchase of a product from Products Direct, LLC does not automatically enter the purchaser in the sweepstakes.

**How to Enter with Purchase of Discount Coupon:** Free promotional entries accompany the purchase of a discount coupon which coupon may be applied toward the purchase of consumer products sold by Products Direct, LLC. You cannot purchase entries directly. The discount coupons may be dispensed by the sweepstakes terminal or by an attendant from a point of sale terminal. Entries also may be obtained without a purchase as described below. The sweepstakes does not differentiate between entries received in connection with a purchase of a coupon and those received by mail without a purchase

**No Purchase Method of Entry:** To receive free promotional entries (equivalent to a $1.00 purchase of discount coupons) by mail, you must obtain a request code from the game screen by pressing the "Primary Sweepstakes Rules" button and then the "Display Free Entry Request Code" button. After viewing the code, you must hand write on a three inch by five inch (3x5) index card the following information: (i) the request code; (ii) the location of the sweepstakes terminal (name of the retail sponsor's establishment, city and state); and (iii) your name, age, street address, city, state, zip code and telephone number. You must mail the index card to Products Direct, LLC. P.O. Box 496, Norcross, GA 30071. Each 3x5 card must be mailed in its own separate outer envelope (i.e., limit one request code per envelope). The address on the envelope to Products Direct, LLC must be handwritten and you may not use a postage meter or other mechanical device to affix the postage on the envelope Incomplete, incorrect, illegible, lost, misdirected or damaged requests for a free entry request code are invalid. Please allow up to four weeks to receive your redeem code To use the redeem code, you must return to the same sweepstakes terminal from which the request code was obtained. You must press the "Enter

Free Entry Redeem Code" button on the screen and enter your redeem code on the pop-up key pad

**Prizes, Games and Odds of Winning:** Only cash prizes are available. Not every entry will win a prize. You may instantly reveal your entries, or play a fun game, to see if you have won a prize. Each sweepstakes terminal have several different games to play and each game may be played at various levels (i.e., groups of entries). The prizes for each game level and the instant reveal option may be different. Please refer to the rules screen in each game regarding the details of that game and total amount of prizes and winners available in a fully loaded game. The odds of winning will depend on the game selected and the level selected.

**To Claim a Prize:** Cash prizes must be redeemed at the retail location where the sweepstakes terminal is located and must be redeemed before you leave the premises. All prize winnings are subject to verification. Prizes are not transferable and no substitution of prizes is permitted Prizes awarded from malfunction are not valid. Any discrepancy regarding the authenticity of prize winnings shall be decided by the retail location sponsor and all decisions are final. The promotional entries have no cash value. Prize winners may be required to show proof of eligibility.

**Taxes:** All federal, state, and local taxes on prizes are the sole responsibility of the winner.

**Changes to the Games:** The sponsors reserve the right to change, modify and update the games contained in the sweepstakes terminal without notice. The sponsors may terminate or invalidate entries or prizes if misconduct or technical difficulties destroy, corrupt or otherwise affect the integrity of the game.

**Limitation of Liability:** To the extent permitted by law, entrants by participating in the sweepstakes agree that Products Direct, LLC and the retail sponsor and their respective officers, directors, employees, representatives and agents shall have no liability and shall be held harmless by entrants for any injury, damage, loss or liability to person or property, due in whole or part, directly or indirectly, by reason of the acceptance, possession, use or misuse of prizes or participation in the sweepstakes. To the extent permitted by law, entrants hereby waive all rights to claim punitive, incidental and consequential damages and any other damages other than for actual out-of-pocket costs.

©2010 Products Direct, LLC All rights reserved.

**EXHIBIT __1__**

Redeem Site

Page 1 of 3

VISA  MasterCard  [DISCOVER]

Search store

pjymarketing@aol.com

MY ACCOUNT   CONTACT US

`... MAIN   NEW PRODUCTS   SEARCH`

SHOPPING CART

CATEGORIES

**Products Direct , LLC**

Welcome to our site and allow us to take just a minute to explain how the new Discount Coupon system works.

The first thing to note is that our system operates on a two for one basis, so for every dollar spent you will receive two back in discounts up to a maximum of 30% off any order placed. So for a $200.00 dollar order you could receive up to $60.00 dollars off.

Now if you take a look at your Discount Ticket close to the bottom you will see a set of numbers such as "C1111-1111-1111*1111*" this is your Discount Coupon Validation Code and will be required in order to receive your full discount amount.

There are two ways that you can enter your Discount Coupon Validation Code, but first let's create an account so we may store our discounts and track any history of their use. In the upper right hand side of the site you will see a link marked "Log in". Clicking this link will bring you to the Log in/Register page, next click the button marked "Register" and follow the prompts to create your new account.

After your account is created and you're logged in, you can click on the link marked "My Account" and then pick the tab marked "Reward Points" Here you can check your current balance, view a history of any points you have used, or simply enter a new code in the Add Reward Points box.

The second place you can enter your Discount Coupon Validation Code is during the Checkout process, under your shopping cart you will notice a box marked "Discount Code" here you can enter your code and click the "Apply coupon" button to receive your discount and then continue with your checkout.

BEST SELLING PRODUCTS

SUBSCRIBE TO
NEWSLETTERS

RECENTLY VIEWED
PRODUCTS

29pc 12-Element Stainless
Steel Cookware Set

Chef's Spring' Sur

Stainless Steel Cookware
and Home' Set

Fairoun P.J." Block Water
Repellant 5pc Luggage Set

Wyndham Home' 21pc
Bacisor King Sto

Comfort of Soft w Runnine
Culos

5/0/2011

**EXHIBIT_2**

Page 1 of 2

Redeem Site. Meyerco® 3pc Field Hunter Set

plymarketing@aol.com

VISA

HOME PAGE     NEW PRODUCTS     SEARCH     MY ACCOUNT     CONTACT US

Search store

SHOPPING CART

TOP / SPORTS/OUTDOORS / HUNTING / MEYERCO® 3PC FIELD HUNTER SET

Meyerco® 3pc Field Hunter Set

SHARE

CATEGORIES

Apparel
Automotive
Health & Beauty
Home office
Jewelry
Kitchen Accessories
Knives/Multi Tools
Lighters
Luggage
Memorial
Misc and Hobbies

Set includes large skinner featuring 440 stainless steel blade, gut hook, oversized rubber overmold handle, with nylon sheath, folding saw featuring stainless steel blade that locks open and locks closed, special pattern teeth allow it to cut through wood and bone saw featuring rubber handle with nylon sheath, and liner lock folder featuring rubber handle with stainless steel liner, half-serrated blade, comfort grip rubber handle with a 2-1/4" blade, saw measures 15 overall, and liner lock knife measures 7-3/4" comfort grip rubber handle with a 2-1/4" blade, saw measures 15 overall, and liner lock knife measures 7-3/4" open. Limited forever warranty. Clamshell

Current rating is 0.00. Total votes 0.

...1426-meyerco-3pc-field-hunter-set.aspx

5/9/2011

# Redeem Site. Checkout

pjymarketing@aol.com

HOME PAGE        NEW PRODUCTS        SEARCH        MY ACCOUNT        CONTACT US

**Search store**

## Select Payment Method

● Credit Card

**Order summary**



Meyerco® 3pc Field Hunter Set

| Price | Qty. | Total |
|-------|------|-------|
| $34.00 | 1 | $34.00 |

Sub-Total: $34.00
reward points: ($10.20)
Shipping: $10.54
Total: $34.34

5/9/2011

# Redeem Site. Extreme Pak™ Black Water Repellent 5pc Luggage Set

pnymarketing@aol.com

VISA  MasterCard  DISC VER

CONTACT US

HOME PAGE     NEW PRODUCTS     SEARCH     MY ACCOUNT

Search store

SHOPPING CART

TOP / LUGGAGE / MULTI-PIECE SETS / EXTREME PAK™ BLACK WATER REPELLENT 5PC LUGGAGE SET

CATEGORIES

Apparel
As Seen On TV
BBQ
Bedding
Binoculars/Scopes
Clocks
Cookware
Cutlery
Drinkware
Electronics
Flashlights
Flatware
Games
Gun Accessories
Health & Beauty
Home/Office
Jewelry
Kitchen Accessories
Knives/Multi-Tools
Lighters
Luggage
Naturally
Public Losses

Extreme Pak™ Black Water
Repellent 5pc Luggage Set

SHARE

Set includes: toiletry bag measuring 11-1/4" x 6-1/2" x 4-1/2"; backpack measuring 11-3/4" x 17-3/4" x 7"; large tote measuring 26" x 14
1/2" x 14" medium duffle measuring 29" x 14" x 14"; and large duffle measuring 40" x 16-3/4" x 16-3/4"  $189.75 Open Stock Value

Current rating is 0.00. Total votes 0.

5/9/2011

Redeem Site. 28pc 12-Element Stainless Steel Cookware Set

Page 1 of 3

pjymarketing@aol.com

VISA

Sheltered Cart ...     Weblice 'n

HOME PAGE     NEW PRODUCTS     SEARCH     MY ACCOUNT     CONTACT US

TOP / COOKWARE / COOKWARE SETS / 28PC 12-ELEMENT STAINLESS STEEL COOKWARE SET

Search store

SHOPPING CART

CATEGORIES

Apparel
As Seen by TV
BBQ
Bedding
Binoculars/Scope
Clocks
Cookware
  Bakeware
  **Cookware Sets**
  Dutch Sales
  Electric Skillet
  Fry pans
  Griddle
  Pressure Cooker
  Restaurant
  Roasters
  Sauce pans
  Stock Pot
  Warming halon/Holder

Cutlery
Cookware
Electronics
Flashlights
Lighters



28pc 12-Element Stainless
Steel Cookware Set





5/9/2011

Shaka Time Hawaii Hawaiian Shirt Co. - Shipping Information     Page 1 of 3

Customer Service:
1-877-949-5299

**Hawaiian shirts, Aloha Wear and Gifts from Hawaii!**
*Free Shipping Always! on orders over $29.95 Click for Details*

Search                    Search Shakatime

⚲ Men  Women  Kid's   Wedding   Jewelry   Gift   Customer   My Shopping      Check
                       Clothes             Shop   Service    Basket            Out

Welcome to Shaka Time Hawaii's SHIPPING INFO PAGE

**Men's Clothes**
Women's Clothes
**Boy's Clothes**
**Girl's Clothes**
**Matching Clothes**
Flower Leis
Hawaiian Jewelry
**Hawaiian Fabric for Sale**
**Hair Accessories**
Beach Accessories
Men's Sandals
Women Sandals & Slippers
**Gift Certificates**
**Hawaiian Gifts & Baskets**
**Kona Coffee - 100% Pure**
**Sunscreen & Suntan Lotion**
**50-70% OFF SALE**
**Hawaiian Scrubs**
**Reviews & Ratings**
· BLOG/FORUMS/EVENTS
**Hawaii Blogs**
**Events**
· FASHION
Hawaiian shirts are often brilliantly colored with floral patterns or generic Polynesian motifs and worn as casual, informal wear.

The history of the evolution of the Hawaiian shirt is an icon of relaxation, casual dress, and the allure of life in the Islands.
· LIVE SUPPORT







We accept:



# FREE
# SHIPPING
## ON ORDERS
## OVER $29.95



1. How do I get FREE Shipping?
2. Do you ship Internationally?
3. Can I expedite my shipping?
4. Do you ship to PO boxes or Military APO/FPO addresses?
5. How long does it take for my order to arrive?
6. How do I track my order?
7. What happens if I refuse a delivery?
8. What if my product is out of stock?

**1 - How do I get FREE Shipping?**
- You get FREE SHIPPING always when you purchase any product(s) of more than $29.95 (For USA Orders) and $299.95 (For International Orders) ... just the cost of many of your favorite Hawaiian shirts, dresses and gifts. We ship via USPS Priority Mail® that normally takes 7-10 days for USA orders and 2-3 Weeks for International Orders. Bulk, large shipments and country location may take longer to arrive. We will keep you informed via email. Free Shipping is available only for RETAIL orders.

FREE SHIPPING ALWAYS – USA: (7-10 Days) – International: (2-3 Weeks)

| Order Amount (USD) | Shipping Charges |
|---|---|
| Over $29.95 (USA Orders Only) | $0.00 |
| Over $250.00 (International Orders Only) | $0.00 |

Go Back to Top

SHIPPING ORDERS UNDER $29.95 – USA (7-10 Days)

| Order Amount (US$) | Shipping Charges |
|---|---|
| Under $29.95 | $9.95 |

Go Back to Top

**2 - Do you ship Internationally?**
-Yes, we do ship to other countries from our main location in Oahu, Hawaii. *FREE International Shipping is available with order over $299.95.* To avoid shipping delays, make sure to select the appropriate shipping method. *See the shipping rates below.* USPS 1st Class International shipping method does not include Insurance or delivery confirmation and is subject to our *Return Policy.* Also, any USPS International shipping may take up to 4 weeks to arrive depending on the country's shipping process, customs and delivery assurance. The recipient of the international order is responsible for any taxes or duties charged from that country.

INTERNATIONAL SHIPPING – USPS First Class (2-3 Weeks)

| Order Amount (US$) | Shipping Charges |
|---|---|
| Up to $50.00 | $15.95 |
| $50.01 to $100.00 | $21.95 |

INTERNATIONAL SHIPPING – USPS Priority Mail (2-3 Weeks)

| Order Amount (US$) | Shipping Charges |
|---|---|
| Up to $50.00 | $29.95 |
| $50.01 to $100.00 | $39.95 |

Women Hawaiian Apparel - Hawaiian Aloha Shirts - Shaka Ti...      Page 1 of 3



**Hawaiian shirts for men and women, Aloha Wear and Gifts from Hawaii!**

**Free Shipping Always!**
on orders over $29.95 *Click for Details*

Search Shakatime                                    0 Items | Total 0

Cu...er Service Call: 1-372-349-9299  **Men Women Kid's**  **Wedding Clothes**  **Jewelry**  **Gift Shop**  **Login New Account Order Service**  **My Shopping Basket**  **Check Out**

Home   Women Hawaiian Apparel

**Top Sellers**

Men's Clothing & Gifts
Women Hawaiian Apparel
  Women's Hawaiian Shirts
  Women Sleeveless Blouses
  Short Hawaiian Dresses
  Mid Length Dresses
  Long Dresses - Women Fashion
  Muumuus - Hawaii Hula Dresses
  Hawaii Pau Hula Skirts
  Women's Hawaiian T-shirt
  Ladies Capri Pants and Sets
  Plus Size Women's Dresses, Shirts & Clothes
  Hawaiian Hand Bag's
  Hawaiian Flower Hair Clips & Accessories
  Women Sandals & Slippers
  Women's New Arrivals
  Aloha Bangles
Children Clothes
Silk Flower Leis
Wedding Clothes & Gifts
Matching Wedding Clothes
Hawaiian Fabric
Hawaiian Jewelry
Shaka Time Gift Certificates
Local Sandals - Slippahs
Hawaiian Gifts
Bath & Beauty
CLOSE OUT 50/70%

*Short Dresses*          *Long Dresses*          *Muumuu's*

*Mid Length Dresses*     *Hula Skirts*           *Women's Shirts*

*Sleeveless Blouses*     *Capri Pants*           *Women's T-shirts*

Women Hawaiian Apparel

Short Dress - Niihau

Honolulu Wedding Dress

Kaulana - Spaghetti Strap Dresses

Red Skirts - Hibiscus

Olalani - Women Sleeveless Blouse

**Your Basket Contents**

View your Contents
Qty in Shopping Basket: 0

Your Reward Points

Men's Clothing & Gifts - Hawaiian Aloha Shirts - Shaka Time ...    Page 1 of 2



**Hawaiian shirts for men and women, Aloha Wear and Gifts from Hawaii!**

**Free Shipping Always!**
on orders over $29.95 Click for Details

Search Shakatime

0 Items | Total 0

Men  Women  Kid's   Wedding Clothes   Jewelry   Gift Shop   Customer Service   New Account   Order History   My Shopping Basket   Check Out

Home   Men's Clothing & Gifts

**Men's Clothing & Gifts**

Men's Clothes New Arrivals
Cotton Hawaiian Shirts for Men
Rayon Hawaiian Aloha Shirts
Button Up - Dress Shirts for Men
Men's Silk Shirts
Guayaberas | Beach Wedding Shirts | Shakaberas
Men's Border Shirts
Men's Hawaiian Polyester or Poly Cotton Shirts
Plus Size Men's Hawaiian Shirts & Clothes
Men's Hawaiian T-shirts
Men's Hawaiian Shorts
Hawaiian Tropical Neck Ties for Men
Hawaiian Scrubs
Women Hawaiian Apparel
Children Clothes
Silk Flower Leis
Wedding Clothes & Gifts
Matching Wedding Clothes
Hawaiian Fabric
Hawaiian Jewelry
Shaka Time Gift Cetificates
Local Sandals - Slippahs
Hawaiian Gifts
Bath & Beauty
CLOSE OUT 50/70% OFF
Gift Baskets
Hawaiian Food & Grinds

100% Cotton Shirts

Border Hawaiian Shirts

Button Up - Dress Shirts

Guayabera Shirts

Silk Hawaiian Shirts

Rayon Aloha Shirts

Poly Cotton Shirts

BARGAIN - 50/70% OFF

Hawaiian Neckties

Hawaiian Jewelry

Hawaii Tshirts

Hawaiian Shorts

**Top Sellers**

Men's Clothing & Gifts

Hana - Shirt for men

Cool Soft'a Poly Cotton - Kalama

Koza Water Shirt for men

Men Beach Sandals - Sea'Ta Blue

Lihau - Men Rayon Shirts

Your Basket Contents
View your Contents
Qty in Shopping Basket.
Your Reward Points

CLOSE OUT 50/70% OFF - Hawaiian Aloha Shirts - Shaka Ti...    Page 1 of 3



**Hawaiian shirts for men and women, Aloha Wear and Gifts from Hawaii!**

**Free Shipping Always!**
on orders over $29.95 Click for Details

Search Shakatime

0 Items | Total 0

Customer Service Call 1-877-949-5256    Men Women Kid's    Wedding Clothes    Jewelry    Gift Shop    Create New Account    Order Service    My Shopping Basket    Order History    Check Out

Home    CLOSE OUT 50/70% OFF

**Top Sellers**

CLOSE OUT 50 70% OFF

Men's Clothing & Gifts
Women Hawaiian Apparel
Children Clothes
Silk Flower Leis
Wedding Clothes & Gifts
Matching Wedding Clothes
Hawaiian Fabric
Hawaiian Jewelry
Shaka Time Gift Cetificates
Local Sandals - Slippahs
Hawaiian Gifts
Bath & Beauty
CLOSE OUT 50/70% OFF
Gift Baskets
Hawaiian Food & Grinds
Decorative Baskets
Beachwear & Accessories
Suntan & Sunscreen Lotions
Matching Wedding Clothes
·BLOG/FORUMS/EVENTS
Hawaii Blogs
Events
·LIVE SUPPORT

**SALE! 50 70% OFF**

**CLOSE OUT 50/70% OFF**

Aloha and welcome to our Hawaiian clothing "Closeout Department". Here you'll find a variety of cheap or discounted Hawaiian clothing at bargain prices from 50-70% off from our retail prices. Take advantage while supplies last! Closeout items are NOT returnable, Mahalo.

Products found: 44    Sort By:    1  2 of 2

Not rated yet
Hibiscus Shakabora
Code:
Price USD $39.37
Was $49.95
In Basket: 0
Add One

Not rated yet
Larkel - Long Ruffle Dress
Code:
Price USD $65.67
Was $78.95
In Basket: 0
Add One

Not rated yet
Brown Hibiscus Cotton Shirts for Ladies
Code:
Price USD $22.17
Was $28.45
In Basket: 0
Add One

Not rated yet
Pounding Plants - Women Rayon Shirt
Code:
Price USD $32.17
Was $42.45
In Basket: 0
Add One

Not rated yet
White Rayon Dress - Molokini
Code:
Price USD $29.37
Was $84.95
In Basket: 0
Add One

Not rated yet
Born Sarees - Tank Style - Waikiki
Code:
Price USD $22.37
Was $30.95
In Basket: 0
Add One

Not rated yet
Orchid Leaves - Tank Style Dresses
Code:
Price USD $22.97
Was $64.95
In Basket: 0
Add One

Not rated yet
Red Seagrant Style Dress
Code:
Price USD $22.95
Was $29.45
In Basket: 0
Add One

Not rated yet
Ipu4 - Short Dresses
Code:
Price USD $22.17
Was $39.95
In Basket: 0
Add One

Not rated yet
Tank Style Dresses - Bamboo Flower
Code:
Price USD $29.37
Was $35.95
In Basket: 0
Add One

Maui Mens - Silk Shirts

Maui Mens Silk Shirt

Molokai - Women Blouse

Molokai - Short Dresses

Kohala Aloha Blouses

Your Basket Contents
View your Contents
Qty in Shopping Basket
Your Reward Points

Aloha

877-949-5256

We accept

Shop now Pay

CLOSE OUT 50/70% OFF - Hawaiian Aloha Shirts - Shaka Ti...   Page 2 of 3

Not rated yet
Halter Dress - Ohelani
Code:
Price USD $29.97
Was $54.85
In Basket: 0
Add One

Not rated yet
Kona - Aloha Dresses
Code:
Price USD $29.97
Was $54.95
In Basket: 0
Add One

Not rated yet
Pito Haokani - V-Neck
Dresses
Code:
Price USD $29.97
Was $64.95
In Basket: 0
Add One

Not rated yet
Mid Length Dress -
Olokani
Code:
Price USD $29.97
Was $64.95
In Basket: 0
Add One

Not rated yet
Silk Shirts for Men -
Maoli
Code:
Price USD $34.97
Was $69.95
In Basket: 0
Add One

Not rated yet
Waiki'a - Hawaiian
Aloha Dress
Code:
Price USD $13.97
Was $28.95
In Basket: 0
Add One

Not rated yet
Leah - Men Rayon
Shirts
Code:
Price USD $22.37
Was $36.00
In Basket: 0
Add One

Not rated yet
Sunset Luau - Rayon
Shirts
Code:
Price USD $22.37
Was $44.95
In Basket: 0
Add One

Not rated yet
Hawaiian Flame Shirt
Code:
Price USD $24.97
Was $44.95
In Basket: 0
Add One

Not rated yet
Mauna Kea - Cotton
Shirt
Code:
Price USD $24.97
Was $38.95
In Basket: 0
Add One

Not rated yet
Ginger Flower - Men
Shirts
Code:
Price USD $29.97
Was $52.95
In Basket: 0
Add One

Not rated yet
Cotton Shirt - Ginger
Flower
Code:
Price USD $21.97
Was $35.95
In Basket: 0
Add One

Not rated yet
Men Shirt - Flamingo
Flower
Code:
Price USD $29.97
Was $55.95
In Basket: 0
Add One

Not rated yet
Hawaiian Shirt - Lily
Code:
Price USD $19.95
Was $33.95
In Basket: 0
Add One

Not rated yet
Men Aloha Shirt -
Makana
Code:
Price USD $19.97
Was $43.95
In Basket: 0
Add One

Not rated yet
Wooden Cas -
Cotton Shirt
Code:
Price USD $19.97
Was $42.95
In Basket: 0
Add One

Not rated yet
Woody's Cotton
Shirts
Code:
Price USD $29.97
Was $42.95
In Basket: 0
Add One

Not rated yet
Aloial - Cotton Shirt
Code:
Price USD $21.97
Was $35.95
In Basket: 0
Add One

Not rated yet
Hibiscus - Women
Shirt
Code:
Price USD $14.97
Was $27.95
In Basket: 0
Add One

Not rated yet
White Guayabara
Code:
Price USD $13.97
Was $27.95
In Basket: 0
Add One

Not rated yet
Silk Bandy 1oz
Money Bag
Code:
Price USD $14.97
Was $21.95
In Basket: 0
Add One

Not rated yet
Island Bag
Code:
Price USD $22.97
Was $42.95
In Basket: 0
Add One

Not rated yet
Island Bag
Code:
Price USD $22.9
Was $42.95
In Basket: 0
Add One

Not rated yet
Island Bag
Code:
Price USD $19.97
Was $42.95
In Basket: 0
Add One

Not rated yet
Island Bag
Code:
Price USD $13.97
Was $42.95
In Basket: 0
Add One

1 2 3

Next Page >

Thank you for shopping with Shaka Time Hawaii

**Customer Support**
About Us
Contact & Location
How To Order

**Wholesale & Bulk**
Orders
Blogs

**Fashion Rewards**
Close Outs 50-70% OFF
Free Clothing Giveaway
Hawaii Links

**SHOP**
Men's
Women
Boy's

**Connect with Us**
Find us on Facebook
Follow us on Twitter



Men's Border Shirts - Hawaiian Aloha Shirts - Shaka Time Haw... Page 1 of 3



Shaka Time Hawaii

**Hawaiian shirts for men and women, Aloha Wear and Gifts from Hawaii!**

**Free Shipping Always!**
on orders over $29.95 Click for Details

Search ShakaTime                           0 Items ; Total 0

Customer Service Call 1-877-499-9939

Men Women Kid's | Wedding Clothes | Jewelry | Gift Shop | View Account | Order Service | My Shopping Basket | Check Out

Home   Men's Clothing & Gifts   Men's Border Shirts

Top Sellers

**Men's Clothing & Gifts**

Men's Clothes New Arrivals
Cotton Hawaiian Shirts for Men
Rayon Hawaiian Aloha Shirts
Button Up - Dress Shirts for Men
Men's Silk Shirts
Guayaberas | Beach Wedding Shirts | Shakaberas
Men's Border Shirts
Men's Hawaiian Polyester or Poly Cotton Shirts
Plus Size Men's Hawaiian Shirts & Clothes
Men's Hawaiian T-shirts
Men's Hawaiian Shorts
Hawaiian Tropical Neck Ties for Men
Hawaiian Scrubs
Women Hawaiian Apparel
Children Clothes
Silk Flower Leis
Wedding Clothes & Gifts
Matching Wedding Clothes
Hawaiian Fabric
Hawaiian Jewelry
Shaka Time Gift Certificates
Local Sandals - Slippahs
Hawaiian Gifts
Bath & Beauty
CLOSE OUT 50/70% OFF
Gift Baskets
Hawaiian Food & Grinds
Decorative Baskets



Men's Border Shirts

Aloha! We offer a great selection of Hawaiian border shirts in a variety of tropical and themed Hawaiian prints available online in a variety of colors, styles and sizes. Our Aloha shirts are made with the finest and highest quality fabrics and craftsmanship. Some of our Hawaiian prints are in traditional Hawaiian floral prints, parrots, hula girl's and general tropical shirts. For wedding and bridesmaid attire we offer matching Hawaiian aloha shirts and dresses. For embroidery and wholesale please feel free to contact us.

Products found  72        Sort By                          2  3  1 of 3

Men's Border Shirts



Haleut Spring - Mens Shirts

Spring Mens Shirts

Spring - White Print Shirt



Island Flower - Border Shirt

Aloha Shirts - Kaleronka

**Your Basket Contents**

**View your Contents**

Qty in Shopping Basket

Your Reward Points


Not rated yet
Men Aloha Shirts - Crepole Cut
Code:
Price USD $29.95
In Basket: 0

Add One


Not rated yet
Sketch Motorcycles Border Shirts
Code:
Price USD $35.35
In Basket: 0

Add One

Not rated yet
Golf Clubs Man Shirt
Code:
Price USD $35.55
In Basket: 0

Add One


Not rated yet
Turtles Island - Border Shirts
Code:
Price USD $35.55
In Basket: 0

Add One

Not rated yet
Surfer Parrots - Cotton Border Shirt
Code:
Price USD $35.35
In Basket: 0

Add One

Not rated yet
Flamingos - Men Border Shirts
Code:
Price USD $35.95
In Basket: 0

Add One


Not rated yet
Men Poker Shirt
Code:
Price USD $35.35
In Basket: 0

Add One

Not rated yet
Hula Girls Party - Border Shirt
Code:
Price USD $35.15
In Basket: 0

Add One


Not rated yet
Sailing - Men Cotton Shirts
Code:
Price USD $35.35
In Basket: 1

Add One


Not rated yet
Motorcycles - Men Cotton Shirts
Code:
Price USD $35.35
In Basket: 0

Add One



Men's Border Shirts - Hawaiian Aloha Shirts - Shaka Time Haw...  Page 2 of 3

**Beachwear &**
**Accessories**
**Suntan & Sunscreen**
**Lotions**
**Matching Wedding**
**Clothes**
· BLOG/FORUMS/EVENTS
**Hawaii Blogs**
**Events**
· LIVE SUPPORT

Aloha

**Phone Orders**
**877-949-5299**

We accept:

VISA

PayPal

Shop now using PayPal

*Not rated yet*
Beach and Vines -
Border Shirts
Code:
Price USD $36.95
In Basket: 0

Add One

*Not rated yet*
Men Cotton Shirt -
Sunset
Code:
Price USD $35.95
In Basket: 0

Add One

*Not rated yet*
Waikiki Trolley - Men
Rayon Shirt
Code:
Price USD $42.95
In Basket: 0

Add One

*Not rated yet*
Richlona Aloha
Border Shirt
Code:
Price USD $35.95
In Basket: 0

Add One

*Not rated yet*
Choppers - Border
Shirts
Code:
Price USD $36.95
In Basket: 0

Add One

*Not rated yet*
Aloha Border Shirt
Code:
Price USD $39.95
In Basket: 0

Add One

*Not rated yet*
Hawaiian Tikis -
Shirt
Code:
Price USD $35.95
In Basket: 0

Add One

*Not rated yet*
Classic Cars -
Hawaiian Shirts
Code:
Price USD $35.95
In Basket: 0

Add One

*Not rated yet*
Men Puana Shirt
Code:
Price USD $35.95
In Basket: 0

Add One

*Not rated yet*
Parrot - Men Border
Shirts
Code:
Price USD $36.95
In Basket: 0

Add One

*Not rated yet*
Surf Border Shirt
Code:
Price USD $36.95
In Basket: 0

Add One

*Not rated yet*
Kahakia Marina -
Border Shirts
Code:
Price USD $35.95
In Basket: 0

Add One

*Not rated yet*
Beach Border Shirts -
Hula Girl
Code:
Price USD $35.95
In Basket: 0

Add One

*Not rated yet*
Men Border Shirt -
Kainalu
Code:
Price USD $36.95
In Basket: 0

Add One

*Not rated yet*
Men Border Shirt -
Kaimalu
Code:
Price USD $42.95
In Basket: 0

Add One

*Not rated yet*
Men Print Shirt -
Motorcycles
Code:
Price USD $35.95
In Basket: 0

Add One

*Not rated yet*
Border Shirts - Hoku
Hanalea
Code:
Price USD $39.95
In Basket: 0

Add One

*Not rated yet*
Vintage Border Shirt -
Hula Kahuiana
Code:
Price USD $35.95
In Basket: 0

Add One

*Not rated yet*
Tropical Paradaise -
Men Border Shirt
Code:
Price USD $35.95
In Basket: 0

Add One

*Not rated yet*
Malka - Men Border
Shirt
Code:
Price USD $35.95
In Basket: 0

Add One

*Not rated yet*
Men Parrots Shirt -
Border
Price USD $35.95
In Basket: 0

Add One

*Not rated yet*
Paniolo Border Shirt -
Code:
Price USD $39.95
In Basket: 0

Add One

*Not rated yet*
Hawaiian Anthurium -
Border Shirt
Code:
Price USD $35.95
In Basket: 0

Add One

*Not rated yet*
Hawaiian Anthurium -
Border for Shirt
Code:
Price USD $35.95
In Basket: 0

Add One

*Not rated yet*
Pilaka Border Shirt
Code:
Price USD $35.95
In Basket: 0

Add One

Next Page >

Thank you for shopping with Shaka Time Hawaii

**Customer Support**
About Us
Contact & Location

**Wholesale & Bulk**
Orders
Blogs

**Fashion Rewards**
Close Outs 50-75% OFF
Free Clothing Giveaway

**SHOP**
Men's
Women's

**Conect with Us**



**LIQUOR COMMISSION**
**CITY AND COUNTY OF HONOLULU**
711 KAPIOLANI BOULEVARD, SUITE 600, HONOLULU, HAWAII 96813-5249
PHONE (808) 768-7300   •   **NEW** FAX (808) 768-7311
INTERNET ADDRESS:   www.honolulu.gov/liq   •   E-MAIL: liquor@honolulu.gov



PETER B. CARLISLE
MAYOR

IRIS R. OKAWA
CO-VICE CHAIR

MICHAEL S. YAMAGUCHI
CO-VICE CHAIR

PATRICK K. KOBAYASHI
COMMISSIONER

WESLEY F. FONG
COMMISSIONER

JOSEPH V. O'DONNELL
COMMISSIONER

GREG I. NISHIOKA
ADMINISTRATOR

ANNA C. HIRAI
ASSISTANT ADMINISTRATOR

June 17, 2011

Keith M. Kiuchi, Esq.
A Law Corporation
1001 Bishop Street,
ASB Tower, Suite 985
Honolulu, Hawaii 96813

Dear Mr. Kiuchi:

> Re:   Joint Petition for Declaratory Ruling to allow use of Products Direct
>        Sweepstakes Terminals in premises -- **Approved**
>        PJY ENTERPRISES, LLC, and GDFT, LLC
>        dba KANPAI BAR AND GRILL
>        404 Ward Avenue, Honolulu, Hawaii 96814
>        Restaurant General License No. R0411

At its hearing on June 16, 2011, the Liquor Commission **approved** your Petition for Declaratory Ruling submitted on behalf of the above-noted licensee, to allow use of Products Direct Sweepstakes Terminals in the above-noted licensed premises.

If you have any questions regarding this matter, please call Acting Chief Investigator Ross Shinsato at 768-7337.

Sincerely,

GREG I. NISHIOKA
Administrator

GIN:cls

**EXHIBIT 3**

# THE GEARHISER LAW FIRM, INC.

Attorney at Law

Kurt O. Gearhiser

520 East Rich Street. Columbus OH 43215-5319
(614)221-5151 (614)221-1778 FAX

February 28, 2011

Products Direct, LLC
P O Box 496
Norcross GA 30071

RE:   Product Promotion/Sweepstakes

Dear General Manager:

I'm writing this letter pursuant to your request to review your product promotion sweepstakes. I have reviewed your computerized sweepstakes revealer terminals, the manufacturer's information and promotional material, reviewed R C Chapter 2915 and several Liquor Control Commission Regulations. It is my opinion as outlined below that your product promotion sweepstakes does not violate the gambling statutes or administrative regulations of Ohio. I will focus on the legal analysis of your product promotion sweepstakes and the applicable laws and administrative regulations.

Your product promotion sweepstakes has a defined starting and ending date, and your sweepstakes terminal platform contains sixty five (65) separate sweepstakes. The amount of winning and losing entries in each sweepstakes are determined prior to the start of each sweepstakes. The terminals are simply an entertaining way to reveal winning entries and to reveal the prize associated with the entry.

It is my understanding that the sweepstakes terminals may offer various forms of merchandise, food, phone time, coupons and/or services for sale. It is my opinion that the cost of each item offered for sale must be reasonable and also comparable to the cost at other locations. The appropriate sales tax shall be charged if the product sold is taxable.

It is my belief that you have structured the promotions/sweepstakes in a similar fashion to well known promotions/sweepstakes such as soft drinks with a prize located under the cap, candy with a prize written on the inside of the wrapper or gasoline stations which provide promotional game pieces with the sale of gasoline. Products Direct is interested in increasing the sale of specific products or services at its website www.redeemsite.com and desires a product promotion sweepstakes to accomplish this

Ohio currently has no laws which regulate sweepstakes. Until the legislature acts your company should make sure that the sales activity does not violate any of the Ohio gambling laws. Ohio's gambling statutes have been amended several times in the past seven years to create new definitions, although as I stated above sweepstakes have not yet

# EXHIBIT  4

been defined. When the legislature fails to define an activity one must make sure that the activity cannot be defined as an illegal activity. Therefore your sweepstakes promotions should go to great lengths to avoid falling into the definition of gambling. The elements of gambling are prize, consideration, chance and profit.

Consumers who wish to participate in the sweepstakes may enter the sweepstakes either by receiving free entries in connection with the purchase of the promotional products or by requesting free entries You must identify and define how a free entry is to be provided to a person who requests one. Consumers who purchase the promotional products may choose to participate in the sweepstakes by using the entries and playing the computerized sweepstakes revealer terminal. The sweepstakes does not differentiate between entries granted through a purchase from those granted by request with no purchase necessary. All promotional entries, whether received with or without a purchase, have the same chance of winning the prizes.

Your sweepstakes has a computerized method for revealing whether or not a particular sweepstakes entry is a winner. A participant may access a computerized sweepstakes revealer terminal which uses entertaining video game themes to reveal the participant's awarded prize amount. The entries can be revealed one at a time through the entertaining game terminals or all of the entries can be revealed at one time.

Ohio Revised Code 2915.01 provides important definitions which need to be reviewed. The following definitions are relevant to our analysis of the legality of the computer terminals.

- Gambling" – No person shall do any of the following:
  Engage in bookmaking, or knowingly engage in conduct that facilitates bookmaking; (2) Establish, promote, or operate or knowingly engage in conduct that facilitates any game of chance conducted for profit or any scheme of chance; (3) Knowingly procure, transmit, exchange, or engage in conduct that facilitates the procurement, transmission, or exchange of information for use in establishing odds or determining winners in connection with bookmaking or with any game of chance conducted for profit or any scheme of chance; (4) Engage in betting or in playing any scheme or game of chance as a substantial source of income or livelihood; (5) With purpose to violate division (A)(1), (2), (3), or (4) of this section, acquire, possess, control, or operate any gambling device.

- "Scheme of Chance" – a slot machine, lottery, numbers game, pool conducted for profit, or other scheme in which a participant gives a valuable consideration for a chance to win a prize, but does not include bingo, a skill-based amusement machine or a pool not conducted for profit.

- "Game of Chance" – poker, craps, roulette, or other game in which a player gives anything of value in the hope of gain, the outcome of which is determined largely by chance, but does not include bingo

> "Gambling Device" – means any of the following

(1) A book, totalizer, or other equipment for recording bets; (2) A ticket, token, or other device representing a chance, share, or interest in a scheme of chance or evidencing a bet; (3) A deck of cards, dice, gaming table, roulette wheel, slot machine, or other apparatus designed for use in connection with a game of chance; (4) Any equipment, device, apparatus, or paraphernalia specially designed for gambling purposes; (5) Bingo supplies sold or otherwise provided, or used, in violation of this chapter.

Ohio's definition of gambling focuses on the element of chance that is present in games or schemes of chance. Moreover, Ohio law also contemplates gambling to include the giving of consideration or something of value in order to participate in a game or scheme of chance. An illegal lottery in Ohio is a promotion or contest where participants pay valuable consideration for the chance to win a prize.

Participants in the sweepstakes are not required to provide consideration or give anything of value to participate in the sweepstakes. Like all commercial sweepstakes marketed to consumers, the sweepstakes provides a free entry option whereby participants can receive sweepstakes entries without making a purchase. Because sweepstakes' participants are not required to provide anything of value to participate your product promotion sweepstakes should not be considered an illegal lottery under Ohio law.

The definitions of a game of chance and a scheme of chance each have the same two elements: (1) the payment of consideration or anything of value to participate, and (2) the outcome of the game or promotion must be determined largely by chance. The sweepstakes do not require a participant to give any consideration or anything of value in order to participate since the entries may be obtained for free. Therefore the sweepstakes do not qualify as "games of chance" or "schemes of chance" under Ohio law.

I reviewed Liquor Control Commission Regulations as well as the Ohio Revised Code because some of the sweepstakes promotions may be used at liquor permit establishments. Establishments authorized to sell alcoholic beverages are prohibited from: "having, harboring, keeping, exhibiting, possessing, employing, or allowing to be kept, exhibited, or used in, upon or about the premises of the permit holder of any gambling device as defined in Division (F) of section 2915.01 of the Revised Code which is or has been used for any gambling in violation of Chapter 2915 of the Revised Code." (OAC 4301:1-1-53(B)) Therefore, this language mirrors ORC 2915.02, et. sequence but does not place any additional regulatory burden on a permit premises that does not exist off a permit premises.

Ohio law allows certain promotions or contests to be conducted in connection with the sale of alcoholic beverages under specific circumstances. A permit holder may sponsor or conduct upon the permit premises promotional games or contests which are neither games nor schemes of chance and which do not constitute gambling or public gaming, provided that: (1) the promotion or contest does not require the participant to pay money

3

or something of value other than visiting the premises for the privilege or opportunity to participate in such promotions or contests or for receiving the award or prize therefrom; and (2) alcoholic beverages are not an element of such a game or contest either directly or indirectly; and (3) the game or contest is sponsored or designed and run by a permit holder who is licensed for the sale of alcoholic beverages, a manufacturer whose main product line is not alcoholic beverages or their advertising agent or representative. *See* OAC 4301:1-1-53(F).

Your sweepstakes promotion meets the criteria outline in the Ohio Administrative Code for promotional contests conducted on the premises of an establishment that sells alcohol because: (1) the sweepstakes does not require participants to pay money or anything of value to participate; (2) alcoholic beverages are not a direct or indirect element of the sweepstakes, and (3) the manufacturer does not have main product lines which are alcoholic beverages. Therefore, nothing would prohibit an establishment that sells alcohol under an Ohio liquor permit from keeping, displaying and allowing its customers to use terminals on the liquor permit premises.

It is important to review past decisions as we consider this matter. One of the first cases to discuss sweepstakes was *Kroger v. Cook*, 1970, 24 Ohio St. 2d 17 which declared a promotional sweepstakes program in violation of the former Liquor Control Commission Regulation 5301:1-1-53. Originally promotional sweepstakes were illegal because of language contained in former Regulation 4301:1-1-53. However Ohio now allows for promotional games such as the one you have decided to operate. Regulation 53 specifically allows promotional games or contests which are neither games nor schemes of chance and which do not constitute gambling or public gaming. Therefore your promotional sweepstakes would not violate Regulation 53 as long as the promotion does not require the participants to pay money or something of value for the privilege to participate, alcoholic beverages are not an element of the game and the manufacturer's main product line is not alcoholic beverages.

In 1985 the Ohio Attorney General had the chance to review promotional sweepstakes OAG 85-001 authorized the sale of sports programs even though contained in the program was a sweepstakes and therefore a chance to win a prize. The key to the opinion was that the purchaser of the product did not pay "valuable consideration for either an admission to the ballpark or sports program in order to obtain a chance to win a prize". Since no instant bingo ticket, seal card, punchboard or other gambling device was used in the sports program promotion, the Attorney General opined that it could not have been considered bingo or instant bingo nor was it a violation of the gambling laws. A similar opinion was issued by the Attorney General in OAG 85-013.

I have also reviewed Liquor Control Commission Regulations 4301:1-1-44 and 4301:1-1-45 Regulation 44 involves advertising and it does not appear that the sale of your product would violate any sections of Regulation 44. Regulation 45 is a ban on premium and gift merchandising but is contingent upon the purchase of alcoholic beverages This regulation prohibits receiving a prize at the point of sale but the regulation was written to apply only to a manufacturer or supplier of alcoholic beverages

4

Therefore Regulation 45 should not affect your sale of promotional products. However an expansive reading of Regulation 45(E) might somehow prohibit all point of sale prize awards. No one has ever interpreted Regulation 45 like that and I would think such an expansive reading would be challenged by the distributors of point of sale prizes. This type of viewpoint would make every sweepstakes in grocery stores, convenient stores and gasoline stations illegal. Therefore it does not appear that either Regulation 44 or 45 prohibits your type of product promotion.

By reviewing the definitions of game of chance and scheme of chance it is readily apparent that whether or not a violation of R C 2915.02 et. sequence occurs will be a fact based case by case determination. The courts and Ohio Attorneys General have reviewed whether the purchaser gave a valuable consideration for the chance to win a prize. Past attempts with horoscope cards, coupons cards, etc. showed virtually no usage meaning the purchasers were never interested in the cards, only the instant bingo part of the card However your promotional part of the sweepstakes would only be an encouragement to buy the product just as the Attorney General opined in OAG 85-001. One should think of the Monopoly promotion at McDonalds. Purchasers are buying the product and also playing the sweepstakes. The promotions are done to increase sales and profits for the retailer even though millions of dollars in cash and merchandise are being awarded as sweepstakes prizes.

Sweepstakes promotions have become quite popular in Ohio in the past year. Fortunately one court recently wrote a lengthy opinion concerning sweepstakes. In *State of Ohio V Dabish* (2009), unreported, Lucas County Municipal Court Case No. CRB-08-25138 Judge Gorman reviewed R C 2915.02 and .03 as they related to a sweepstakes promotion operation in Toledo, Ohio. The location sold phone cards. The court found that the sale of phone cards meant that no consideration was present and there was no violation of R C 2915 02 and .03. A legitimate product was being sold at a reasonable and customary price

I have provided you with a copy of the Attorney General Opinions, court decisions and pertinent statutes and regulations. It certainly appears that the trend is to allow promotional games/sweepstakes so long as the purchaser is buying a legitimate consumer product or service at a reasonable price with the intent to use that item

Promotional sales programs and sweepstakes are on hundreds of products in retail stores throughout Ohio. McDonalds, gas stations, newspapers and countless other businesses offer product promotions to induce the consumer to buy more of their products. Your product promotion appears consistent with these national sweepstakes Therefore it is my opinion that your product promotions sweepstakes would not violate R C 2915 02 or 2915 03 or any administrative regulations.

Respectfully

Kurt O. Gearhiser

5



S. JAHUE MOORE
J. MARK TAYLOR*
DAVID L. THOMAS‡
C. VANCE STRICKLEN JR.
JAMES EDWARD BRADLEY
SHELIA MCNAIR ROBINSON
ROBERT D. HAZEL
CHRISTIAN G. SPRADLEY³⁴
C. DAVID SAWYER, JR.²⁴
WILLIAM H. EDWARDS
STANLEY L. MYERS
JANE H. DOWNEY**
S. JAHUE MOORE JR.

MELISSA K. MOORE
WILLIAM B. FORTINO
R. SCOTT "NICK" RILEY JR.
JONATHAN M. GOODE

RETIRED

BILLY C. COLEMAN‡‡

GREENVILLE OFFICE
(864) 145-1544 OR (864) 614-4544
*GREENVILLE OFFICE*
(864) 271-6371

1700 SUNSET BOULEVARD (HWY 378)
POST OFFICE BOX 5709
WEST COLUMBIA, SOUTH CAROLINA 29171
TELEPHONE (803) 796-9160
FAX (803) 791-8410

January 12, 2011

Products Direct, LLC
P.O. Box 496
Norcross, GA 30071
Attention: Manager

RE:   Legal Analysis of Products Direct Sweepstakes™ in South Carolina

Dear Manager:

You have asked for our legal opinion as to whether your recently developed Products Direct Sweepstakes promotion, which promotion utilizes video games of chance, may be legally operated in the State of South Carolina. Set forth below is a description of the Products Direct Sweepstakes promotion and an analysis of the promotion in relation to sweepstakes law in the State of South Carolina. The description is based upon our discussions and your written description of a sweepstakes terminal with various games contained therein.

## I.   DESCRIPTION OF THE PROMOTION

A.   Background. Products Direct, LLC, a Georgia limited liability company ("PD"), desires to promote and advertise the sale of consumer products offered for sale through PD's website located at www.redeems-site.com. In order to jump start sales and increase awareness of its website, PD has decided to run a sweepstakes promotion involving the sale of discount coupons. The coupons can be purchased from a sweepstakes terminal or from a cashier at a point of sale terminal. The sweepstakes terminals and point of sale terminals will be operated by owners of retail establishments located in various states. The operators will manage the retail location, dispense the coupons (if not dispensed by the game itself) collect money from the sale of the coupons and pay out cash prizes. Amounts remaining after the payout of cash prizes are retained by the owner of the sweepstakes terminals and shared with the operator. As described above, PD intends to make money from the sale of consumer products. The holder of a coupon may redeem the coupon in connection with a purchase using PD's website. Each coupon will have an expiration date and a code to be used when ordering products.

**EXHIBIT   5**

January 12, 2011
Products Direct, LLC
Re: <u>Legal Analysis of Products Direct Sweepstakes™ in South Carolina</u>
Page 2 of 6

B.    <u>Sweepstakes Entries, Prizes and Coupons.</u>    Free entries in the sweepstakes accompany the purchase of the coupon. Also, free entries can be obtained without a purchase as described in the Products Direct Sweepstakes rules, a copy of which is attached hereto. The minimum coupon purchase is $1.00. Upon the purchase of a $1.00 coupon or redemption of the free entry code, the participant receives 100 entries (four plays at 25 entries each). Participants may purchase coupons at dollar values above $1.00 in $1.00 increments. To instantly reveal the entries or play a game, the participant uses the screen on the sweepstakes terminal. The participant may choose to instantly reveal his entries to see if he has won a prize. Or, the participant can play a fun and entertaining game with his entries to see if he has won a prize. Generally, there are eight games to choose from as shown on the game screen, and each game may be played at various play rates (i.e., groups of entries). The games include, but are not limited to, poker, keno and bingo. The prizes for each play rate and the instant reveal option may be different. However, the odds of winning are the same regardless of the method of entry. On the game screen, a participant can view the total amount of prizes available in a fully loaded game and the total number of winners for a fully loaded game. The odds of winning may depend on the game selected and the play rate selected.

If a participant has won a prize, he may collect his cash prize from the retail operator. In addition, the participant may redeem his or her coupons in connection with the purchase of consumer products. The coupons provide a 30% discount up to a maximum dollar amount which is twice the amount paid for the coupon with an overall maximum discount of $1,000 per coupon. The promotion runs from December 1, 2010 through November 30, 2012 and the coupons may be used up to 90 days after the promotion ends.

## II.    APPLICABLE LAW

A.    <u>South Carolina Statutes.</u>    South Carolina has long prohibited gambling. Title 16, Chapter 19 of the South Carolina Code criminalizes participating in, and establishing lotteries. In 1999, the South Carolina legislature implemented a ban on video gambling devices which supplemented the general prohibition on gambling by authorizing the seizure of certain categories of machines regardless of their intended use. The crux of the ban is contained in Section 12-21-2710 of the South Carolina tax code and reads as follows.

SECTION 12-21-2710 Types of machines and devices prohibited by law; penalties
It is unlawful for any person to keep on his premises or operate or permit to be kept on his premises or operated within this State any vending or slot machine, or any video game machine with a free play feature operated by a slot in which is deposited a coin or thing of value, or other device operated by a slot in which is deposited a coin or thing of value for the play of poker, blackjack, keno, lotto, bingo, or craps, or any machine or device licensed pursuant to Section 12-21-2720 and used for gambling or any punch board, pull board, or other device pertaining to games of chance of whatever name or kind, including those machines, boards, or other devices that display different pictures, words, or symbols, at different plays or different numbers, whether in words or figures or which

January 12, 2011
Products Direct, LLC
Re: Legal Analysis of Products Direct Sweepstakes™ in South Carolina
Page 3 of 6

deposit tokens or coins at regular intervals or in varying numbers to the player or in the machine, but the provisions of this section do not extend to coin-operated nonpayout pin tables, in-line pin games, or to automatic weighing, measuring, musical, and vending machines which are constructed as to give a certain uniform and fair return in value for each coin deposited and in which there is no element of chance.
Any person violating the provisions of this section is guilty of a misdemeanor and, upon conviction, must be fined not more than five hundred dollars or imprisoned for a period of not more than one year, or both.

Section 12-21-2710 establishes a three-layered approach to prohibiting currency-activated gambling devices. First, the statute bans any machine which plays the specific games of poker, blackjack, keno, lotto, bingo or craps. Second, the statute bans any device licensed for use in South Carolina but which has been *used for gambling*. Third, the statute prohibits any game pertaining to a game of chance including those machines, boards or other devices that display different pictures, words, or symbols, at different plays or different numbers, whether in words or figures or, which deposit tokens or coins at regular intervals or in varying numbers to the player or in the machine. Assuming the games contained in the sweepstakes terminal are games of chance, Section 12-21-2710 would likely prohibit those games absent an exception.

However, there is an exception to Section 12-21-2710 that is found in S.C. Code Ann. Section 61-4-580(3). That section reads in part as follows:

SECTION 61-4-580. Prohibited acts.
No holder of a permit authorizing the sale of beer or wine or a servant, agent, or employee of the permittee may knowingly commit any of the following acts upon the licensed premises covered by the holder's permit:
(3) permit gambling or games of chance <u>except</u> game promotions including contests, games of chance, or sweepstakes in which the elements of chance and prize are present and which comply with the following:
(a) the game promotion is conducted or offered in connection with the sale, promotion, or advertisement of a consumer product or service, or to enhance the brand or image of a supplier of consumer products or services;
(b) no purchase payment, entry fee, or proof of purchase is required as a condition of entering the game promotion or receiving a prize, and
(c) all materials advertising the game promotion clearly disclose that no purchase or payment is necessary to enter and provide details on the free method of participation (underline added).

B.     Legitimacy Under SC Case Law. Although not specified in 61-4-580(3), there is one additional requirement under SC law. According to the SC Supreme Court, the sweepstakes promotion must be "legitimate." In <u>Sun Light Prepaid Phonecard Co. v. State of South Carolina</u> (600 S.E.2d 61, 360 S.C. 49 (2004)), the SC Supreme Court declined to find prepaid phone cards legal under 61-4-580(3) " because the game pieces are not a legitimate promotion or

January 12, 2011
Products Direct. LLC
Re:  Legal Analysis of Products Direct Sweepstakes™ in South Carolina
Page 4 of 6

sweepstakes." The court did not explain in detail what is meant by "legitimate." In a footnote discussing the difference between vending machines and the phone card dispensers. the court said: "The main difference between the dispensers and vending machines is that the vending machines dispense promotional game products that are legitimate because their companies are attempting to promote the sale of those products. The phone card dispensers, on the other hand, do not issue game pieces that are part of a legitimate promotion or sweepstakes. The product being sold to consumers is not the long distance phone service but a game of chance." Looking at the Sun Light case. the following items may have contributed to a finding of illegitimacy:

- The long distance service was valid for only six months from the time the first phone card pin number was used. even though the sweepstakes promotion was set to run for 22 months.
- There were no records kept of the phone time used or what pin numbers had been sold via the cards.
- Some stores contained more than one phone card dispenser.
- There were contracts to sell 117.360.000 phone cards per year in South Carolina. but the population at the time was only about 3.000.000 people. No marketing studies had been done to determine whether there would be such a high demand for phone cards.
- The phone company from which the long distance service was purchased could not legally provide intrastate service in South Carolina because it did not have a license.

### III.   LEGAL ANALYSIS

To fall within the exception under 61-4-580(3). the Products Direct Sweepstakes promotion must be conducted (i) only in locations that possess a permit authorizing the sale of beer or wine. (ii) in connection with the promotion and advertisement of PD's products or to enhance PD's brand or image. (iii) so that no purchase is required as a condition of entering the sweepstakes or receiving a prize. and (iv) all materials advertising the sweepstakes clearly disclose that no purchase or payment is necessary to enter and provide details on the no purchase method of participation. Since most of these requirements fall on the operator. it is important that PD relay the above information to the operators. Also. the operators must display the rules of the sweepstakes.

With regard to item (iv) in the preceding paragraph. each operator must be careful to include the proper language in all materials advertising the sweepstakes. The proper language can be found in the Products Direct Sweepstakes rules. Specifically. the following language must be clearly and conspicuously displayed: "NO PURCHASE NECESSARY" and "PURCHASE WILL NOT IMPROVE CHANCES OF WINNING". Also. the materials must explain the no purchase method of participation as set forth in the Products Direct Sweepstakes rules under the paragraph entitled "No Purchase Method of Entry".

January 12, 2011
Products Direct, LLC
Re: Legal Analysis of Products Direct Sweepstakes™ in South Carolina
Page 5 of 6

With regard to the legitimacy requirement, it is important to avoid similarities with the prepaid phone cards in the Sun Light case. As represented to us, the following steps have been, or will be, taken:

1.   The sweepstakes promotion has a start date and an end date (i.e., December 1, 2010 through November 30, 2012).

2.   The expiration date on the coupon extends beyond the end of the promotion for a period of 90 days.

3.   PD will keep accurate records of the number of coupons issued to consumers (to the extent possible) and the number of coupons redeemed for the purchase of consumer products.

4.   PD will obtain a business license and a sales tax number and will maintain sufficient personnel to promote and sell the products.

5.   The discount coupons and PD's prices have been set so that the consumer is getting true value from the coupon relative to purchasing equivalent products from other sources and taking into consideration the price paid for the coupon.

6.   The games contain graphics designed to entice the participants to purchase PD's products.

7.   In addition to the Products Direct Sweepstakes, PD will market the consumer products in other ways.

8.   The sweepstakes rules will appear on the game screen.

9.   PD will respond promptly to requests for free entry codes.

In addition, the operators must do or should do, as the case may be, the following:

A.   The operators must have the proper beer or wine permit, business license, and tax licenses (e.g., see Section 12-21-2720 of the SC tax code).

B.   The operators should promote PD's products at their retail locations.

C.   The operators should prominently display the sweepstakes rules, either on the game machine or on the wall, or both.

D    Each operator must be careful to include the proper language in all materials, if any, advertising the sweepstakes. Specifically, the following language (or language substantially similar thereto) must be clearly and conspicuously displayed "NO PURCHASE NECESSARY" and "PURCHASE WILL NOT IMPROVE CHANCES OF WINNING" Also, such materials must explain the no purchase method of participation as set forth in the Products Direct Sweepstakes rules under the paragraph entitled "No Purchase Method of Entry".

E.   The sweepstakes terminals should contain only the most recent version of the game software provided by the manufacturer and must not contain other games.

F.    The operators should follow the applicable federal and state tax withholding requirements, if any, with regard to large cash prizes.

January 12, 2011
Products Direct, LLC
Re:  Legal Analysis of Products Direct Sweepstakes™ in South Carolina
Page 6 of 6

## IV.    CONCLUSION

If PD can generate sales and the items outlined in this letter are followed, we believe Products Direct Sweepstakes™ promotion will be a legitimate promotion which may be operated in South Carolina.

Please note that opinions of counsel, such as this analysis and the opinion expressed herein, are not binding on the courts or administrative agencies.  This analysis should not be viewed as a guarantee of the conclusion that a court or agency would reach if called upon to rule on the legal status of the promotion.  Video gaming continues to operate in an unstable regulatory and legal environment.  Consequently, enforcement activity by state or federal agencies, including SLED, and various courts may adversely affect the legal status of the promotion regardless of the analysis and opinion expressed in this letter.  This analysis and opinion applies to the Products Direct Sweepstakes promotion only when it is conducted as described herein.

This is a privileged and confidential communication rendered to advise you alone and may not be relied upon by any other parties in any manner whatsoever.  Should anyone other than you desire an analysis and legal opinion as to the promotion's legality, such party must consult their own counsel.

Yours very truly,

S./Janue Moore

| State of South Carolina | ) | |
|---|---|---|
| County of Greenville | ) | IN THE MAGISTRATE'S COURT |
| | ) | |
| STATE OF SOUTH CAROLINA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PLAY 4 FUN, INC. (Sweepstakes | ) | |
| Terminal No. 0399) | ) | |

## BACKGROUND

This machine was seized pursuant to S.C. Code Section 12-21-2712 and brought before this Court for a determination of whether it violates Section 12-21-2710 or any other law of the State. A hearing was held on March 30, 2011 and the parties submitted written submissions and exhibits.

Play 4 Fun, Inc. is the owner of the sweepstakes terminal no. 0399. Play 4 Fun placed the terminal in a retail establishment in Greenville County, SC for the purpose of conducting a sweepstakes promotion with Products Direct, LLC. Products Direct sells a variety of consumer products via its website at www.redeemsite.com. In order to jump start sales and increase awareness of its website, Products Direct is running a sweepstakes promotion involving the sale of discount coupons. The sweepstakes promotion uses a video terminal that dispenses the coupons and contains the sweepstakes games. The sweepstakes promotion operates as follows:

    a. The sweepstakes terminal describes the promotion and the sweepstakes rules on the screen.
    b. The customer walks up to the terminal, which is located in an establishment that has a beer or wine permit, and inserts paper money into the bill acceptor.
    c. The terminal prints out a discount coupon that is worth twice the value of the amount of money inserted into the terminal subject to a cap of 30% off of the consumer product(s) to be purchased from Products Direct.
    d. The customer can go online and redeem the coupon at www.redeemsite.com in connection with the purchase of consumer product(s) offered by Products Direct.
    e. In connection with the purchase of the discount coupon, the customer receives free entries into the sweepstakes. The customer can play one of eight games to reveal whether he has won anything or he can instantly find out by selecting the "Reveal Instant Winners" button. Thus, the customer is not required to play the games to see if he has won.

1


EXHIBIT ___6___

f. Instead of purchasing a discount coupon, a customer can enter the sweepstakes without a purchase. A customer can follow the instructions on the terminal screen (or the posted written rules) and write in for a free entry code. Upon receipt of the free entry code, the customer may return to that terminal and enter the code. Upon entering the code, the customer receives 100 free entries to play the sweepstakes.

g. The games contained in the terminal include poker, keno, and bingo.

h. If a customer wins cash in the sweepstakes, he may receive that cash from the store clerk.

i. The terminal will not permit the customer to replay his winnings (i.e., there is no "free play feature"). The only way to obtain additional entries is to purchase additional discount coupons.

In 1999, the South Carolina legislature implemented a ban on video gambling devices and authorized the seizure of certain categories of machines. The crux of the ban is contained in Section 12-21-2710 of the South Carolina tax code and reads as follows:

SECTION 12-21-2710. Types of machines and devices prohibited by law; penalties.
It is unlawful for any person to keep on his premises or operate or permit to be kept on his premises or operated within this State any vending or slot machine, or any video game machine with a free play feature operated by a slot in which is deposited a coin or thing of value, or other device operated by a slot in which is deposited a coin or thing of value for the play of poker, blackjack, keno, lotto, bingo, or craps, or any machine or device licensed pursuant to Section 12-21-2720 and used for gambling or any punch board, pull board, or other device pertaining to games of chance of whatever name or kind, including those machines, boards, or other devices that display different pictures, words, or symbols, at different plays or different numbers, whether in words or figures or, which deposit tokens or coins at regular intervals or in varying numbers to the player or in the machine, but the provisions of this section do not extend to coin-operated nonpayout pin tables, in-line pin games, or to automatic weighing, measuring, musical, and vending machines which are constructed as to give a certain uniform and fair return in value for each coin deposited and in which there is no element of chance.
Any person violating the provisions of this section is guilty of a misdemeanor and, upon conviction, must be fined not more than five hundred dollars or imprisoned for a period of not more than one year, or both.

Since the games contained in the sweepstakes terminal are games of chance, Section 12-21-2710 would likely prohibit those games absent an exception. Play 4 Fun / Products Direct argue that there is an exception to Section 12-21-2710 that is found in S.C. Code Section 61-4-580(3). That section reads in part as follows:

SECTION 61-4-580. Prohibited acts.

2

No holder of a permit authorizing the sale of beer or wine or a servant, agent, or employee of the permittee may knowingly commit any of the following acts upon the licensed premises covered by the holder's permit:

[]

(3) permit gambling or games of chance **except** game promotions including contests, games of chance, or sweepstakes in which the elements of chance and prize are present and which comply with the following:

(a) the game promotion is conducted or offered in connection with the sale, promotion, or advertisement of a consumer product or service, or to enhance the brand or image of a supplier of consumer products or services;

(b) no purchase payment, entry fee, or proof of purchase is required as a condition of entering the game promotion or receiving a prize; and

(c) all materials advertising the game promotion clearly disclose that no purchase or payment is necessary to enter and provide details on the free method of participation. (underline and bold added).

4) permit lewd, immoral, or improper entertainment, conduct, or practices. This includes, but is not limited to, entertainment, conduct, or practices where a person is in a state of undress so as to expose the human male or female genitals, pubic area, or buttocks cavity with less than a full opaque covering;

(5) permit any act, the commission of which tends to create a public nuisance or which constitutes a crime under the laws of this State; or

(6) sell, offer for sale, or possess any beverage or alcoholic liquors the sale or possession of which is prohibited on the licensed premises under the law of this State; or

(7) conduct, operate, organize, promote, advertise, run, or participate in a "drinking contest" or "drinking game". For purposes of this item, "drinking contest" or "drinking game" includes, but is not limited to, a contest, game, event, or other endeavor which encourages or promotes the consumption of beer or wine by participants at extraordinary speed or in increased quantities or in more potent form. "Drinking contest" or "drinking game" does not include a contest, game, event, or endeavor in which beer or wine is not used or consumed by participants as part of the contest, game, event, or endeavor, but instead is used solely as a reward or prize. Selling beer or wine in the regular course of business is not considered a violation of this section.

A violation of any provision of this section is a ground for the revocation or suspension of the holder's permit.

The State argues that Section 61-4-580(3) does not provide an exception and that Sections 12-21-2710 and 61-4-580(5) authorize the State to seize and destroy the terminal.

## FINDINGS OF FACT

I find that the Play 4 Fun / Products Direct Sweepstakes promotion and the specific terminal used in the promotion comply with the requirements of Section 61-4-580(3) for the following reasons:

1. The location at which the seized sweepstakes terminal was placed has a permit authorizing the sale of beer or wine.

2. The promotion is conducted or offered in connection with the sale of discount coupons for the purchase of consumer products and to enhance the brand or image of Products Direct.

3. No purchase payment, entry fee, or proof of purchase is required as a condition of entering the game promotion or receiving a prize. As set forth in the sweepstakes rules which are on the terminal screen and in writing posted on the terminal, a customer may enter the sweepstakes without a purchase by sending a written request to Products Direct at the mailing address provided for free entries.

4. All materials advertising the Products Direct promotion clearly disclose that no purchase or payment is necessary to enter and provide details about the free method of participation.

## FINDINGS OF LAW

The Court holds that Section 61-4-580(3) is an exception to 12-21-2710. The Court also holds that the operation of this particular sweepstakes promotion under the particular circumstances described above is legal under South Carolina law:

1. It is well settled that statutes dealing with the same subject matter must be construed together and if possible produce harmonious result. Joiner ex rel. Rivas v. Rivas. Reading both statutes side by side leads me to the conclusion that 61-4-580(3) is an exception to 12-21-2710.

2. In Denman v. Columbia, the S.C. Supreme Court said that a more specific statute like 61-4-580(3) should be considered an exception to a more general statute like 12-21-2710.

3. Section 61-4-580(3) became law in 1999. Section 12-21-2710 became law in 2000. This later statute does not contain a direct reference to the earlier one. There is nothing to suggest that the later statute repealed the earlier one.

4. In the Sun Light Prepaid Phonecard Co. case, Justice Pleicones, in his dissenting opinion, specifically referred to Section 61-4-580(3) as an "exception" to Section 12-21-2710. Justice Pieper, in his dissenting opinion, agreed with Justice Pleicones' interpretation of the two statutes. The majority opinion did not specifically refer to 61-4-580(3) as an

"exception", but it did so by implication by finding that this code section did not apply to the facts of the case on appeal. Later in 2010, the S.C. Supreme Court in Ward v. West Oil Co. discussed the Sun Light case and stated that the "...phone cards were not exempt under section 61-4-580 of the South Carolina Code." (underline added). It did not say that subsection (3) was not an exception.

5. Finally, based upon the exhibits provided by Play 4 Fun from the Products Direct website, it appears that the purchaser of the discount coupon receives real value for it. For example, if a customer inserts a $10.00 bill, the customer receives a discount coupon worth $20.00 which can be used toward the purchase of an item sold on www.redeemsite.com.

Conclusion:   The Court finds that (i) all of the requirements of Section 61-4-580(3) have been met in this case, and (ii) the operation of this one specific sweepstakes promotion, under the limited circumstances described above, is legal under South Carolina law. Thus, seizure and destruction of this terminal is not authorized.

This decision is not an endorsement of video poker. This decision should not be interpreted as allowing games of chance to be played in general. This decision should not be interpreted as allowing sweepstakes rooms to operate, i.e. it does not allow sweepstakes promotions to operate as the primary business of an establishment. To the contrary, this decision is specifically limited to the operations of the particular sweepstakes terminal in question in conjunction with Play 4 Fun / Products Direct.

It is so Ordered.

Magistrate Charles R. Garrett

April 7, 2011

5

**LIQUOR COMMISSION**
**CITY AND COUNTY OF HONOLULU**
711 KAPIOLANI BOULEVARD, SUITE 600 HONOLULU, HAWAII 96813-5249  PHONE (808) 523-4458 FAX (808) 591-2700
INTERNET ADDRESS:  www.honolulu.gov/liq
E-MAIL: liquor@honolulu.gov  •  TOLL-FREE PHONE: 1-800-838-9976 (select "4")

MUFI HANNEMANN
MAYOR



DENNIS ENOMOTO
CHAIRMAN

DANNY KIM
VICE CHAIR

IRIS R. OKAWA
COMMISSIONER

JON F. YAMAGUCHI
COMMISSIONER

ANNA C. HIRAI
ACTING ADMINISTRATOR

January 31, 2006

Keith Kiuchi, Esq.
Suite 2525, Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Dear Mr. Kiuchi:

Re:   Request to Use Phone Cards Only In Premises
      GER, INC., dba CAFE BRONCO
      1549 Colburn Street, Honolulu, Hawaii 96817
      Dispenser General License No. E0228

   At its hearing on January 26, 2006, the use of only **Phone Cards** within your licensed premise is hereby **APPROVED** by the Liquor Commission under the conditions stated in your request. This approval is based upon the information and conditions stated in your request. Accordingly, you must notify us immediately of any changes, which may require resubmission of your request.

   If you have any questions, please contact Administrative Services Officer Daniel Arakaki at 527-5302.

Sincerely,

ANNA C. HIRAI
Acting Administrator

ACH:nf

**EXHIBIT** 7

**LIQUOR COMMISSION**
**CITY AND COUNTY OF HONOLULU**
711 KAPIOLANI BOULEVARD, SUITE 600 HONOLULU, HAWAII 96813-5249 PHONE (808) 523-4458 FAX (808) 591-2700
INTERNET ADDRESS:   www.honolulu.gov/liq
E-MAIL: liquor@honolulu.gov  *  TOLL-FREE PHONE: 1-800-838-9976 (select "4")

MUFI HANNEMANN
MAYOR



DENNIS ENOMOTO
CHAIR

DANNY KIM
CO-VICE CHAIR

IRIS R. OKAWA
CO-VICE CHAIR

JON F. YAMAGUCHI
COMMISSIONER

DEWEY H. KIM, JR.
ADMINISTRATOR

April 17, 2006

Keith M. Kiuchi, Esq.
Kiuchi & Nakamoto
1001 Bishop Street, Pauahi Tower, #2525
Honolulu, Hawaii  96813

Dear Mr. Kiuchi:

Re:   JOINT REQUEST OF GER, INC. dba CAFE BRONCO
AND KP-AMUSEMENTS, LLC
1549 Colburn Street, Honolulu, Hawaii 96817
Joint Request to install "CALL ME" and "THE SEA IS CALLING"
Master Phone Calling Vending Machines by Tecknik Mfg.

At its hearing on April 13, 2006, the Liquor Commission **APPROVED** your request to install the following vending machines: "Call Me" and "The Sea is Calling", manufactured by Tecknik Mfg., Inc. This approval is based upon the information and conditions stated in your request. Accordingly, you must notify us immediately of any changes.

If you have any questions, please call Administrative Services Officer Daniel Arakaki at (808) 527-5302.

Sincerely,

DEWEY H. KIM, JR.
Administrator

DHKJ:dm

05/23/2005 16:24 FAX  2626570255      FACE CARD                                    ☒003/004

NOV-19-2004 09:20AM  FROM-PACR   IVE                  9006692UL                 T-394  P.001/002  F-085

JAY T. KIMURA
PROSECUTING ATTORNEY

CHARLENE Y. IBOSHI
FIRST DEPUTY
PROSECUTING ATTORNEY

34 RAINBOW DRIVE
HILO, HAWAII 96720

PH: 961-8488
FAX: 961-8296
934-3403
934-3363

WEST HAWAII UNIT
P.O. BOX 748
KEALAKEKUA, HAWAII 96750

PH: 322-2553
FAX: 322-6584



### OFFICE OF THE PROSECUTING ATTORNEY

November 3, 2004

Mary Skidmore
General Delivery
Kamuela, Hawaii 96743

Dear Ms. Skidmore,

We have received your letter dated October 20, 2004, inquiring as to the legality of "The Game of Life $500,000 Giveaway," and "Ad-Tabs Coupon Cards" under Hawaii Revised Statutes 712-1220. Upon reviewing the information you provided and the relevant statutes, it is our opinion that such games are in accord with Hawaii's gambling laws.

The Hawaii Revised Statutes prohibit games of chance which require payment before being eligible to participate. Such activity is considered to be "gambling" and is prohibited. Sections 712-1220 through 712-1231 of the Hawaii Revised Statutes detail the statutory prohibitions against gambling. In particular, Section 712-1220(4) states that a person commits the offense of gambling where he or she

> "*stakes or risks something of value* upon the outcome of a contest of chance or a future contingent event not under his control or influence, upon an agreement or understanding that he or someone else will receive something of value in the event of a certain outcome."

Further, the statue defines *something of value* as meaning

> "money or property, any token, object, or article exchangeable for money or property, or any form of credit or promise directly or indirectly contemplating transfer of money or property of any interest therein, or involving extension of a service or entertainment." HAW. REV. STAT. §712-1220(11).

The two games you have referenced are in compliance with State statutes as both games do not require participants to "risk something of value." The rules of both games state that no purchase is necessary to participate. As such, any person may enter either contest free of charge and without risking something of value.

Because the element of "risking something of value" is missing from "The Game of Life $500,000 Giveaway" and "Ad-Tabs Coupon Cards" both games do not violate the State's gambling statutes.



EXHIBIT _B_

05/23/2005 14.40 FAX 119 828.  13          HENU BANE SALES                      002/004
05/23/2005 16:24 FAX 2626579246          FACE CARD                              004/004
NOV-10-2004 00:03AM  FROM-SALA  AVE              80889820L          1-384  P.002/002  F-086

Ms. Mary Skidmore
October 27, 2004
Page 2


     This opinion is based upon the supplementary information that you provided in your letter dated October 20, 2004, and upon the current laws of the County and State of Hawaii.

     Please feel free to contact our office should you require any further assistance.


                   Sincerely yours,

                   JAY T. KIMURA
                   Prosecuting Attorney

JTK/SAL


Hawai'i County is an Equal Opportunity Provider and Employer

05/23/2005 14:41 FAX  775 829.  73          KENO GAME SALES                                    004/004
05/23/2005 16:23 FAX  2826   266          FACE CARD                                          001/004
   04/12/2006 14:54 IFAX KENO@ADTABS.COM                              Kim McMahon          002/002
   Apr-12-2005 10:00am  From-SACK N SAVE                  8081852604        T-414  P.002/002  F-962



Harry Kim
*Mayor*

Janice A. Pakele
*Director*

# County of Hawaii
### DEPARTMENT OF LIQUOR CONTROL
Hilo Lagoon Centre, 101 Aupuni Street, Suite 230 • Hilo, Hawaii 96720-4261
(808) 961-8218 • Fax (808) 961-8684

April 1, 2005

Mr. Philip Oshura
Lucky Distributors
P.O. Box 437210
Kamuela, Hawaii 96743

Dear Mr. Oshura:

You have asked whether the AD-Tabs promotion is permitted in liquor licensed establishments in the County of Hawaii.

You have stated that there is no requirement to purchase the AD-tabs in order for the public to participate. Based on this information, we do not have objections to this promotion.

We advise you and our liquor licensees to ensure compliance to state and county laws. Failure to do so may result in further action.

We wish you success in your venture.

Janice Pakele
Director

04.01.05.oshura

Hawaii County is an Equal Opportunity Provider and Employer

# EXHIBIT 9

05/23/2005 14:46 FAX  713 623 2396

05/23/2005 16:23 FAX  2626577°1.                    FACE CARD                                  002/004

02/28/2005 15:09 IFAX KIM@AdTABS.COM                               → Kim McMahon     001/002

Jul 23 04 01:09a                                                                    P. 1

BRYAN J. BAPTISTE
MAYOR



ERIC K. HONMA
DIRECTOR

An Equal Opportunity Employer

**COUNTY OF KAUAI**
**DEPARTMENT OF LIQUOR CONTROL**
LIHUE CIVIC CENTER, MO'IKEHA BUILDING
4444 RICE STREET, SUITE 120
LIHUE, KAUAI, HAWAII 96766-1340
TEL. NO. (808) 241-6580    FAX NO. (808) 241-6585

February 22, 2005

Ms. Mary Skidmore
P.O. Box 437201
Kamuela, HI 96743

    Re: Ad Tabs – legality

Dear Ms. Skidmore:

There are no administrative rules that circumvent or contradict state statutes. Therefore, I am inclined to concur with the opinion of the Office of the Prosecuting Attorney with regards to the above-mentioned inquiry as so stated in their response to you, dated November 3, 2004.

Should you have any questions, you may contact me at the above-listed phone number.

    Aloha,

    DEPARTMENT OF LIQUOR CONTROL

    DEXTER S. SHIMATSU
    Investigator

**EXHIBIT** 10

To:   DEPARTMENT OF LIQUOR CONTROL
      COUNTY OF KAUAI
      4444 Rice Street, Suite 120
      Lihue, Kauai  96766

From: _AGR, Inc._____
      Name of Business Entity

      _Brick Oven Pizza_____
      DBA

      _2-2555 Kaumualii Hwy_____
      Address

      _Kalaheo, HI  96741_____
      Address

      Liquor License Number: _2-G-022_____

      Kind: _General_____

      Class: _Restaurant_____

      Expiration Date: _____June 30, 2012_____

To Whom It May Concern,

We are hereby respectfully requesting approval and permission for the placement
and use of the Products Directs Sweepstakes Terminals described in our
accompanying Petition.

Sincerely,

_____        Date: _7-25-2011_____
Signature

_Corey Aguano , President_____
Name and Title

_Matt Matsunaga_____        Date: _7/26/11_____
Request Verified by PJY Enterprises, LLC

_Matthew M. Matsunaga , Attorney/Member_____
Name and Title of PJY Representative

**EXHIBIT _11_**

To:   DEPARTMENT OF LIQUOR CONTROL
      COUNTY OF KAUAI
      4444 Rice Street, Suite 120
      Lihue, Kauai  96766

From:  _DT1-LLC_____
       Name of Business Entity

       _LIHUE BOWLING CENTER -_____
       DBA

       _4303 RICE ST_____
       Address

       _LIHUE, HI 96766_____
       Address

       Liquor License Number: __5G-026_____

       Kind: __GENERAL_____

       Class: __DISPENSER W DANCING_____

       Expiration Date: __6·30·12_____

To Whom It May Concern,
We are hereby respectfully requesting approval and permission for the placement
and use of the Products Directs Sweepstakes Terminals described in our
accompanying Petition.

Sincerely,

_____          Date: __7-21-11_____
Signature

_DARRYL T. IZUMO___   _SOLE MANAGER_____
Name and Title

_Matt Matsunaga_____          Date: __7/27/11____
Request Verified by PJY Enterprises, LLC

_Matthew M. Matsunaga   Attorney/Member_____
Name and Title of PJY Representative