**EXHIBIT "26"**

Product Direct Sweepstakes Gaining In Popularity | KITV Home / KITV Home    Page 2 of 3    Page 1 of 2
Case 1:12-cv-00577-LEK-RLP Document 8-29 Filed 11/01/12 Page 2 of 3
337



# Product Direct Sweepstakes Gaining In Popularity

*Is Sweepstakes Gaming Device Legal?*

UPDATED 11:45 PM HST Feb 21, 2012

**HONOLULU -**

The Honolulu Liquor Commission is awaiting word from law enforcement on whether new gaming machines are considered gambling,

Bars and clubs all over town offer patrons alcohol and entertainment. At Eight Fat Fat Eight, the pool table shares space with video games. In one corner its a "Mega Touch" game you can play for as little as a quarter.

?It's something that keeps you busy, like darts, or pool it is just something you can play by yourself pretty much,?

But on this device, Tanabe says the most you can get is the glory of winning a game.

"If you win, you can get your name on the wall. But, no cash payout, sorry,? laughed Tanabe.

But one of the newest games gaining in popularity, is something called Product Direct Sweepstakes. We are told the machines work like this: You put in money to play a game and a get a discount coupon to buy products on the internet, and you get entered in a sweepstakes. Bars must get permission from the Liquor commission to have the devices installed

?There are several different games you can play on the machine and one of them was video poker which we don't allow,? said Greg Nishioka, administrator of the Honolulu Liquor Commission.

But Nishioka said the distributor is able to block the use of that particular game. And with that assurance, the commission has begun allowing the use of machines. Nishioka said until law enforcement comes out with a decision as to whether these devices are illegal, the commission will continue to allow their use.

"We have run it by the police, and my understanding is they have run it before the prosecutor?s office and we still waiting on some decision on this," Nishioka said.

And once the machines are in place, are they regulated?

"No. We are unaware of how much money goes in. We don't have exact figures. They are not required to report that to us,"

One club worker told us there are payouts of up to $5,000 although the most she had paid to a customer was $75. The commission is investigating reports of some establishments using machines with the video poker game installed.

**EXHIBIT 26**

"There are illegal machines. We are constantly on the lookout for those and if we find them, the licensee will be issued a notice of violation," said Nishioka. Attorney Keith Kiuchi, who represents the distributor, said the legality of the Product Direct sweepstakes devices has been upheld on the mainland. Honolulu Police declined to comment about the sweepstakes machines, saying only there must be three things to constitute gambling: Consideration, chance and payment of money. The department did say, however said it has several investigations underway into various types of gaming machines.

Copyright 2012 by KITV.com All rights reserved. This material may not be published, broadcast, rewritten or redistributed.