# EXHIBIT “31”

**LETTERS TO THE EDITOR**

# Arcade raid meant to discern legality

The editorial, "Raid on arcades of dubious value" (Star-Advertiser, Our View, Oct. 16), completely misses the point of the operation in which machines and records were seized from several gaming arcades. It calls the action "unseemly, considering the legal ambiguity involved."

"Legal ambiguity" is precisely the reason for the operation. For years, questions about gaming machines have gone unanswered.

Owners of the machines flaunted what they saw as legal loopholes. Members of the community questioned whether the machines should be allowed.

Until now, no one did anything.

Information gathered during a seven-month undercover operation by police vice officers showed that the machines offered games which people paid to play and won or lost money on.

In accordance with the law, a search warrant was issued by a judge and machines and records seized as evidence.

This starts the process that will lead to a long-overdue judicial determination of the legality of these machines in Hawaii.

*Dave S. Koga*
Department of the
Prosecuting Attorney

EXHIBIT 31