**EXHIBIT "33"**

ORDINANCE NO. 2012-_____

**AN ORDINANCE AUTHORIZING THE MAYOR TO EXECUTE ON BEHALF OF THE CITY OF FREMONT A SETTLEMENT AGREEMENT BETWEEN THE CITY AND MARVIN DABISH, CO-OWNER OF DABISH INVESTMENTS GROUP INC. DBA THE PLAYER'S CLUB INTERNET CAFÉ, AND IN CONNECTION WITH CASE NO. 3:12CV146 IN U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, WESTERN DIVISION, AND TO EXECUTE ALL DOCUMENTS AND TAKE ACTION AS REQUIRED UNDER THE AGREEMENT, AND DECLARING AN EMERGENCY.**

**BE IT ORDAINED BY THE COUNCIL OF THE CITY OF FREMONT, STATE OF OHIO:**

**SECTION 1.** That the Mayor is hereby authorized to execute on behalf of the city a settlement agreement with Marvin Dabish, co-owner of Dabish Investments Group Inc. dba The Player's Club Internet Café, in a form approved by the Law Director, which shall be substantially in the form attached to this ordinance, and that the Mayor and other city officials shall take such further action as is required to put into effect all the terms of said agreement. As part of said agreement, Marvin Dabish agrees to dismiss the litigation in Case No. 3:12cv146 filed in U.S. District Court for the Northern District of Ohio, Western Division.

**SECTION 2.** The immediate operation of the provisions of this ordinance is necessary for the immediate preservation of the public peace, health, safety and welfare of the citizens of the City of Fremont. Said emergency being the need to be resolve all legal matters as soon as possible.

This ordinance, provided it receives a two-thirds yea or nay vote of all the members elected to the Fremont City Council, is hereby declared to be an emergency measure and this ordinance shall be in full force and effect from and after its passage by the Council of the City of Fremont, approval by the Mayor, and publication and posting as required by law.

Settlement Agreement regarding Players Club Internet Café
Page 1 of 3

EXHIBIT 33

*[signature]*
James G. Weaver
President of Council

PASSED: 7-3-12
Effective Date: 7-3-12

YEAS: 6   NAYS: 0

*[signature]*
Elaine J. Huntley, Clerk of Council

*[signature]*
James H. Ellis III, Mayor

ORDI735

Approved as to form:

_____
James F. Melle, Director of Law
City of Fremont, Ohio

# SETTLEMENT AGREEMENT BETWEEN THE CITY OF FREMONT AND DABISH INVESTMENTS GROUP INC. DBA THE PLAYERS CLUB INTERNET CAFE

1. The Settlement Agreement between the City of Fremont and Dabish Investments Group Inc. dba the Player's Club Internet Café shall be approved by the City of Fremont by emergency ordinance which shall become effective not later than 6, July 2012.

2. Marvin Dabish, co-owner of Dabish Investments Group Inc. dba the Player's Club Internet Café, will plead no contest upon an agreed statement of facts to R.C. 2917.11(A), Disorderly Conduct, a Minor Misdemeanor. The parties understand that the Court will rule upon the guilt of the Defendant. The City Attorney, Police Chief, and Mayor will be satisfied with the Court's disposition of this plea.

3. All cash seized during the investigation and execution of the search warrant shall be forfeited to the City of Fremont Police Department.

4. The Fremont Police Department shall return all of the equipment seized as a part of the January 2012 raid on the Player's Club. Delivery of said equipment will be organized, arranged, and completed by the City of Fremont, at its expense, following adoption of the settlement agreement. The equipment will be released to Marvin Dabish on 12, July 2012.

5. The Dabish Investments Group Inc. dba the Player's Club Internet Café shall pay a fee of Seven Thousand Five Hundred Dollars ($7,500.00) for return of its equipment on 12, July 2012.

6. Dabish Investments Group Inc. dba the Player's Club Internet Café will pay the annual license fee of Four Thousand Dollars ($4,000.00) to the City of Fremont to secure its license in accordance with the Proposed Ordinance.

7. Dabish Investments Group Inc. dba the Player's Club Internet Café will also pay One Hundred Dollars ($100.00) per computer to secure Computerized Sweepstakes Device Licenses in accordance with the Proposed Ordinance.

8. The Proposed Ordinance, which is attached hereto and incorporated herein, will be adopted by the City of Fremont as emergency legislation, taking effect immediately upon the Mayor's signature and not later than 6, July 2012.

9. All fees and charges shall be paid by Dabish Investments Group Inc. dba the Player's Club Internet Café or affiliated companies by 16, July 2012.

10. The City agrees to cooperate with Dabish Investments Group Inc. dba the Player's Club Internet Café to satisfy all the Moratorium requirements of recently enacted H.B. 386 so as to satisfy the requirements for continued operation, and shall acknowledge that Dabish Investments Group Inc. dba the Player's Club Internet Café was in existence and operating before the effective date of that legislation; the applicable portion of H.B. 386 is attached hereto and incorporated herein.

11. Dabish Investments Group Inc. dba the Player's Club Internet Café will be permitted to begin basic renovation, set-up, remodeling, and general preparations for reopening upon signing of the settlement agreement. The Player's Club shall be permitted to begin operating with the public and its customers not later than 16, July 2012.

12. The City of Fremont will not require any additional occupancy permits or other requirements (i.e. zoning, fire, etc.) for Dabish Investments Group Inc. dba the Player's Club Internet Café, other than those routinely required by law.

13. Dabish Investments Group Inc. dba the Player's Club Internet Café's licensing process and procedure will be expedited in a way that will permit the business to commence operations with its customers (public operation) not later than 16, July 2012.

14. Dabish Investments Group Inc. dba the Player's Club Internet Café will dismiss *Dabish, et al. v. DeWine, et al.*, Case No. 3:12cv146 in U.S. District Court for the Northern District of Ohio, Western Division, with prejudice, not later than 16, July 2012.

15. Both sides agree that while the timeframes outlined in this Agreement are important and material to this settlement, technical breaches of these terms shall not constitute actionable breach of this Agreement so long as there has been substantial performance and good-faith efforts to be timely.

16. The City of Fremont objects and disagrees with the content and spirit of the second paragraph requested by Mr. Dabish. In negotiation of this agreement, the City insisted that, as a part of any settlement that Dabish compensate the City for a release of the equipment. Further, as to the opening date, the City is proceeding in good faith to expeditiously follow the requirements of the ordinance in reviewing the application submitted by Dabish and properly issue the license thereunder.

As originally negotiated, this Agreement would have permitted the Player's Club Internet Café to recommence public operation on or before 7, July 2012 and required it to pay greater licensing and registration fees but imposed no charge to repurchase its own property from the City; as a condition of his signature on the ordinance containing this Agreement, the Mayor required amendment of this Agreement to delay public operation until 16, July 2012 and to require repurchase of the equipment, both of which Dabish Investments Group Inc. only agreed to reluctantly under economic duress.

Executed July ____, 2012.

City of Fremont, by:

_____     _____
James H. Ellis, Mayor            Marvin Dabish

Approved as to Form:

_____     _____
James F. Melle, Law Director     Attorney for Marvin Dabish