# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| PJY ENTERPRISES, LLC, a Hawaii limited liability company, LUCKY G ENTERPRISES, INC., a Hawaii corporation; S L & G INVESTMENTS, LLC; a Hawaii limited liability company; WZ WAIKIKI PARTNERS, LLC, a Hawaii limited liability company; WZ WAHIAWA PARTNERS, LLC, a Hawaii limited liability company; and PMG ENTERTAINMENTS, LLC, a Hawaii limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> KEITH M. KANESHIRO, in his official capacity as the Prosecuting Attorney of the City and County of Honolulu; LOUIS M. KEALOHA, in his official capacity as the Chief of Police of the City and County of Honolulu; HONOLULU POLICE DEPARTMENT CITY AND COUNTY OF HONOLULU; JOHN DOES 1-10; JANE DOES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, <br><br> Defendants. | CIVIL NO. CV 12-00577 LEK-RLP <br><br> DECLARATION OF JOHN-MARTIN MEYER; EXHIBITS "A" – "C" |

## DECLARATION OF JOHN-MARTIN MEYER

JOHN-MARTIN MEYER declares as follows:

1. I am resident of Henderson, Nevada. I make this declaration based on personal knowledge. All of my opinions expressed herein are based on my years of experience in the gambling and casino industry and the design, manufacturing, regulatory compliance and distribution of electronic gambling device industry. This declaration is made under the laws of the United States and the laws of the States of Hawaii and Nevada, and under penalty of perjury.

2. Attached hereto as Exhibit "A" is a true and correct copy of my professional curriculum vitae and a "Professional Profile". Briefly, I attended the University of Nevada, Las Vegas, from 1984 to 1989. I am currently the managing member of Global Gaming Initiatives, LLC, which provides consulting services to companies who are in the gambling industry. I have advised management at the Cosmopolitan Casino, Planet Hollywood, and AmeriStar Casinos in Las Vegas, Nevada, in connection with their gambling operations and gambling devices.

3. I also am the Chief Operating Officer and founder of Perpetual Gaming LLC, based on Las Vegas, Nevada. Perpetual Gaming

manufactures and distributes electronic gambling devices in established licensed casinos in Nevada.

4. I have extensive professional and management experience in the design, manufacturing, regulatory compliance and distribution of electronic gambling device industry as Vice President of Slot Operations at the Excalibur Hotel and Casino, Las Vegas Nevada. I implemented and oversaw the Excalibur's Slot Department operations, marketing programs, player tracking programs, and the slot floor offerings. I also was the Director of Development of Revive Gaming Development – MGM/Mirage Resorts, Las Vegas, Nevada.

5. I am also an owner/licensee of Silver Saddle Saloon and Casino, Las Vegas, Nevada, a stand-alone casino, licensed by the Nevada Gaming Control Board as an "Unrestricted Casino."

6. I hold active licenses with the Nevada Gaming Control Board in "manufacturing," "distribution," and "route operator."

7. I have been a member of the Gaming Standards Association ("GSA"), an international trade association for gaming manufacturers, suppliers, operators and regulators. GSA is the professional association that provides engineering, software and hardware standards in the gambling, gaming, and gambling device industries.

8. I have published professional articles in <u>Casino Journal</u>, <u>Slot Management Magazine</u>, and <u>Casino Enterprise Management</u>, all of which are gambling industry professional publications.

9. I have been an instructor at the University of Nevada, Las Vegas, International Gaming Institute, which is a non-profit academic and research facility at the UNLV campus that offers educational programs for professionals in the gambling and hospitality industries.

10. I was retained by the Department of the Prosecuting Attorney, City and County of Honolulu, State of Hawaii. I was asked to provide my expertise and opinion on whether the Pace-O-Matic Products Direct Sweepstakes devices are "gambling devices" under Hawaii law. In addition, I was retained by the Department of the Corporation Counsel, City and County of Honolulu, State of Hawaii, in connection with this case.

11. I visited all of the subject locations.

12. What I did at each location, what I observed, and my opinions regarding the subject locations are set forth in my report, which is attached hereto.

13. I played the Product Direct Sweepstakes devices at each of the subject locations.

14. What I did in playing these devices and my opinions regarding whether these devices constitute "gambling devices" under Hawaii law are detailed in my report, which is attached hereto.

15. I also compiled a summary of my opinions regarding the "sweepstakes" between the Products Direct Sweepstakes devices and the McDonald's Monopoly Sweepstakes promotion based on my understanding of how the McDonald's Monopoly Sweepstakes promotion operates and the gambling industry's concept of "sweepstakes" and "sweepstakes promotions." My summary is attached hereto.

16. I reviewed all of the accessible screens that had the information on the device, instructions, disclosures, notices that were on the Products Direct Sweepstakes devices. I also reviewed Plaintiffs' complaint filed in this case. I reviewed Plaintiff's TRO Motion and Preliminary Injunction Motion and the documents attached thereto. I reviewed the City Defendants' opposition memorandum and the attachments thereto. I also reviewed Plaintiffs' reply memorandum and attachments thereto.

DATED: Henderson, Nevada, November 28, 2012.

_____
JOHN-MARTIN MEYER

4



# JOHN-MARTIN  MEYER

j-mmeyer@mindspring.com

Fax   (702) 617-4413                                             Cell   (702) 373-7758

---

<u>Silver Saddle Saloon and Casino</u> Las Vegas, NV                            12/10- Present
    **Owner / Licensee**
    -Nevada Gaming Control Board Unrestricted Casino licensed location

<u>Perpetual Gaming LLC.</u> Las Vegas, NV                                      1/06 - Present
    **Chief Operating Officer / President, Founder**
    -Manufacture and distributor of electronic gaming devices.

<u>Global Gaming Initiatives / J-M Squared,</u> Las Vegas, NV                    1/06 - Present
    **Managing Member / Principle**
    -Independent Professional focusing on casino development services.
        -Major projects: Cosmopolitan Casino, Planet Hollywood, AmeriStar Casinos

<u>Revive Gaming Development -  MGM / Mirage Resorts,</u> Las Vegas, NV          6/02-12/31/05
    **Director of Development (Concurrent with Excalibur VP of Slot Operations)**
    -Initiated development of unique product line to supplement non-ticketed games
        including: engineering, Gaming oversight, market research, and production.

<u>Excalibur Hotel & Casino,</u> Las Vegas, NV                                   10/98-5/05
    **Vice President of Slot Operations**
    -Transferred to the Excalibur in October 1998 to implement and oversee the
        renovation of the Slot Department's; customer relationship marketing
        programs, employee culture, player tracking system, and slot floor
        offerings.

    -Corporate facilitator for Mandalay Resort Group enterprise wide slot initiatives
        for all 25,000 game population.

    -Developed initial stages of Mandalay Resort Group's "One Club" cross-property
        player  marketing initiative linking 14 locations, in 6 cities, in 4 states.

---

**GLOBAL GAMING INITIATIVES, LLC.**
Professional Strategies for the Gaming Industry
2273 Coral Ridge Avenue · Henderson, Nevada 89052
Phone 702.373.7758  ·  Fax 702.617.4413                       **EXHIBIT A**



| | |
|---|---|
| Grand Victoria Casino, Elgin, IL<br>**Vice President of Slot Operations** | 7/96-10/98 |
| Grand Victoria Casino, Elgin, IL<br>**Assistant Vice President (concurrent with Director of Player Development)** | 8/94-7/96 |
| Big Dog's Hospitality Group, Las Vegas, NV<br>**Director of Gaming Development** | 11/91-8/94 |
| United Gaming, Inc., Las Vegas, NV<br>**Route Development Manager in charge of Financial and Gaming Analysis** | 1/91-11/91 |
| Electronic Data Technologies / International Game Technology, Las Vegas, NV<br>**Financial and Gaming Analysis Manager** | 8/88-1/91 |

**EDUCATION:**   University of Nevada, Las Vegas, NV                                       1984-1989
                 Major: Managerial Finance; Minor: Marketing / Hotel Administration

**LICENSES:**    -Nevada Gaming Control Board - Key Employee License:           1992 - 1994
                 -Illinois Gaming Control Board - Level I Key License:          1994 - 1998
                 -Nevada Gaming Control Board -                                 2008 - Present
                     Manufacturing License
                     Distribution Licensee
                     Route Operator License
                 -Nevada Gaming Control Board -                                 2011 – Present
                     Unrestricted Casino Owner / Operator License



## Professional Profile - John-Martin Meyer

John-Martin Meyer founded Perpetual Gaming in 2006, after more than 20 years of senior level gaming operations management experience. Prior to establishing Perpetual Gaming (a NGCB licensed slot manufacturer, distributor, and Route Operator), Mr. Meyer was the Vice President of Slot Operations at Excalibur Casino. Concurrently with his duties at the Excalibur, Mr. Meyer oversaw enterprise-wide EGD related initiatives at Mandalay Resort Group, which encompassed more than 25,000 gaming devices contained within 14 casinos in four states. Throughout his tenure at Mandalay, Mr. Meyer managed EGD performance and operational insight for all levels of gaming establishments.

Prior to joining Excalibur, Mr. Meyer oversaw the slot operations of Grand Victoria Casino. Mr. Meyer has also held several financial management positions with International Game Technology, Electronic Data Technology and United Gaming.

While Mr. Meyer's primary focus in recent years has been the development of Perpetual Gaming, he has also assisted in the planning of several major Native American and commercial casino efforts, most notably the Cosmopolitan and Planet Hollywood development projects on the Las Vegas Strip.

In addition, Mr. Meyer has been a featured columnist in four of the most prominent gaming publications: Slot Manager Magazine, Casino Enterprise management, Casino Journal and Slot Tech magazines. Mr. Meyer continues to be an instructor for the University of Nevada – Las Vegas' International Gaming Institute in subjects such as Casino Layout and Design, Slot Math and Analysis, Product Mix and EGD Purchasing.

Currently, Mr. Meyer is also the Owner/Operator of the Silver Saddle Saloon and Casino in Las Vegas. This is a NGCB unrestricted casino licensed location.

**GLOBAL GAMING INITIATIVES, LLC.**
Professional Strategies for the Gaming Industry
2273 Coral Ridge Avenue · Henderson, Nevada 89052
Phone 702.373.7758 · Fax 702.617.4413

j-mmeyer @ mindspring.com



**FROM:**     John-Martin Meyer

**RE:**        Gambling Device Review – Pace O Matic / Products Direct

**DATE:**     November 2012

---

**LOCATION VISITS:**

**WINNERZ ZONE: Ward Ave. location:**

I conducted a review of this location. Upon approaching the device, I noticed a continuous ribbon of "discount coupon" receipts, approximately two feet in length, still attached to the printer with several other receipts lying on the floor. Notes attached to the devices noted that they we intended for those over 18 years of age. At the redemption center counter, was a Cooler of drinks and chicken wings for the players. The location contained a Cashier's booth to process ticket redemptions. Although the self described sweepstakes device issues a slip of paper noting a "discount coupon value" the location does not offer any merchandise.

**WINNERZ ZONE: Waipio location:**

I conducted a review of this location. Upon approaching the device, I noticed several "discount coupon" receipts lying on the floor. Notes attached to the devices noted that they were intended for those over 18 years of age. The location contained a Cashier's booth to process ticket redemptions. Although the self described sweepstakes device issues a slip of paper noting a "discount coupon value" the location does not offer any merchandise.

**WINNERZ ZONE: California Ave. location:**

I conducted a review of this location. Upon approaching the device, I noticed several "discount coupon" receipts lying on the floor. Notes attached to the devices noted that they were intended for those over 18 years of age. The location contained a Cashier's booth to process ticket redemptions. Although the self described sweepstakes device issues a slip of paper noting a "discount coupon value" the location does not offer any merchandise.

---

**GLOBAL GAMING INITIATIVES, LLC.**
*Professional Strategies for the Gaming Industry*
2273 Coral Ridge Avenue · Henderson, Nevada 89052
Phone 702.373.7758 · Fax 702.617.4413

**EXHIBIT B**

j-mmeyer @ mindspring.com



**WINNERZ ZONE: Ewa Beach location:**

I conducted a review of this location. Upon approaching the device, I noticed several "discount coupon" receipts lying on the floor. Notes attached to the devices noted that they were intended for those over 18 years of age. The location contained a Cashier's booth to process ticket redemptions. Although the self described sweepstakes device issues a slip of paper noting a "discount coupon value" the location does not offer any merchandise.

**WINNERZ ZONE: Pearl City location:**

I conducted a review of this location. Upon approaching the device, I noticed several "discount coupon" receipts lying on the floor. Notes attached to the devices noted that they were intended for those over 18 years of age. The location contained a Cashier's booth to process ticket redemptions. Although the self described sweepstakes device issues a slip of paper noting a "discount coupon value" the location does not offer any merchandise.

**WINNERZ ZONE: Waikiki location:**

I conducted a review of this location. Upon approaching the device, I noticed several "discount coupon" receipts lying on the floor. Notes attached to the devices noted that they were intended for those over 18 years of age. The location contained a Cashier's booth to process ticket redemptions. Although the self described sweepstakes device issues a slip of paper noting a "discount coupon value" the location does not offer any merchandise.


**LOCATION REVIEW CONCLUSION:**

All six locations reviewed were "Winnerz Zones" where the themes and décor are very similar. Despite the locations' claims that they are selling merchandise discount coupons and offer the sweepstakes as a reward for the purchase, the disproportionate emphasis, in the location signage and informational signage, is on the sweepstakes portion of the process. Extremely little signage is dedicated to the merchandise. This also holds true with the square footage allocation being overwhelming dedicated to the devices designed for gambling purposes. **Based on the aforementioned items, in my opinion, all six locations are "slot parlors" or "store front casinos."**



## DEVICE TYPES:

Due to the size of the locations, there were many permutations of the following devices offered.

### Device Type A:  Multi-Theme, Multi Genre, Single Screen Video

This device listed that is was distributed by "Pace-O-Matic, Inc" in its top glass panel and manufactured by "Moondog Gaming, LLC" on the video screen.  Upon inserting a $20 bill, the device issued a receipt and displayed 2,000 coupons available to either "reveal" or "play games." The display presented the option of several theme group types that closely emulated commercial casino offerings.  I chose the "card games" group and specifically the "Jacks or Better" theme option.  This option permitted the adjustment of the increments of coupons used, or wagered, per "draw."  As the increment wagered changed, so did the table of potential payouts (pay-table) for each hand type won.  Upon pressing the play button, the display would show five playing cards with suggestions to either "Hold" or "Discard," above each card, depending on the potential of the cards to produce a winning hand.  If it produced a winning hand, the correlating line in the pay-table would be highlighted showing the potential winning award.  The actions of the player could influence the outcome by either holding or discarding the appropriate cards, even though the games rules and instructions note that the outcome was predetermined prior to the actions of the player.  If the outcome was truly predetermined, at the time the initial 2,000 coupons were issued, than the player's decision should not have any influence on the cash awarded, but this is not the case.  For example, a player could be dealt a winning hand worth 50 coupons and only need to press the draw button to collect the payout.  If the player chooses, he could discard the winning hand and receive no award.  If the outcome were truly predetermined, then the discarded hand should be replaced with another winning hand, with a similar award.  Upon receiving a winning hand, the player is then given the option to double the award.  This is a high/low style option.  If the player chooses correctly, then they can double their award.  If the choose incorrectly, they lose their award.  This option does not require the player to wager or use a coupon/entry; therefore this is a wager of the player's cash value winnings that does not involve the predetermined sweepstakes function as described by the game rules.

Other than the "Card Games" category, there was a "Numbers Games" and a "Reels Games" category.  Both categories' themes closely emulated commercial casino offerings and had adjustable pay-tables that would change with the amount of coupons being wagered per hand/game.

Several of the themes contained a commercial casino style "progressive" feature.  This is a feature by where the amount of the bonus or top award increments with play.  There is no notation as to the source of coupons or players winnings that fund this award.  After inserting a



$5 bill, I chose the Classic Fruit theme then wagered and noted that the progressive amount had remained the same, but the progressive amount incremented on a wining hand.

If these devices were truly predetermined sweepstakes versions, then the outcome should be the same whether the player chooses the instant reveal option or the play the games option. These devices possess many player initiated features that can influence and alter the outcomes generated by chance thereby creating a disparity between the awards produced from the reveal option verses the play the games option. These devices possessed the standard elements of commercial gambling devices: consideration, chance, and award. **Therefore, in my opinion, these are electronic gambling devices.**

**Device Type B: Multi-Theme, Video Reel, Single Screen Video**

This device listed that is was distributed by "Pace-O-Matic, Inc" in its top glass panel and manufactured by "Moondog Gaming, LLC" on the video screen. Upon inserting a $20 bill, the device issues a ticket and displayed 2,000 coupons available to either "reveal" or "play games." Each video reel theme very closely emulated a commercial casino type video reel theme. Each theme permitted the player option to increase the number of entries/coupons wagered per pay-line chosen and the number of pay-lines to be used fore each game. As this increment wagered changed, so did the table of potential payouts (pay table) for each winning combination of symbols. .

If these devices were truly predetermined sweepstakes versions then the outcome should be the same weather the player chooses the instant reveal option or the play the games option. These devices possess many player initiated features that can influence and alter the outcomes, generated by chance, thereby creating a disparity between the awards produced from the reveal option verses the play the games option. These devices possessed the standard elements of commercial gambling devices: consideration, chance, and award. **Therefore, in my opinion, these are electronic gambling devices.**



| | |
|---|---|
| **FROM:** | **John-Martin Meyer** |
| **RE:** | **Comparison: Pace-O-Matic Gambling Devices and McDonald's Monopoly Promotion** |
| **DATE:** | **November 2012** |

The Location Operators claim a similarity between their Pace-O-Matic / Products Direct electronic gambling devices and the McDonald's Monopoly promotion. The following is a comparison of the two sweepstakes programs in no particular order of significance or importance.

**PROMOTION DURATION:**
McDonald's Monopoly promotion generally distributes pieces for 30 days and only occurs once per annum.
Pace O Matic's Electronic Gambling Devices are used on a continual and renewed basis but a "Rules" instruction screen notes a 24 month period.

**LOCATION EMPLOYEE INTERACTION:**
Pace O Matic Electronic Gambling Devices do not require any employee interaction unless the player cashes out a voucher that is redeemed for cash. The Location Operator's attendants are focused on maintaining the Electronic Gambling Devices and manning "cages" to facilitate cash redemptions, as they're not needed for any Products Direct merchandise sales.
McDonald's requires a server to present the promotion pieces, with the meal, at the time of purchase. The servers are focused on preparing the food order and the promotion is of relatively minimal importance.

**QUANTITY OF PROMOTION PIECES / ENTRIES ISSUED:**
Pace O Matic requires the Location Operators to purchase "fills" to load into the Electronic Gambling Devices. The Electronic Gambling Devices are periodically reloaded, without a finite ending point to the quantity of reloads.
Prior to the initiation of the McDonald's promotion, a finite quantity of pieces are printed. No additional pieces are printed in the event that the original batch is fully distributed to customers.

**REDEMPTION OF WINNING ENTRIES / PROMOTION PIECES:**
McDonald's winning pieces, or a combination of winning pieces, are redeemable any day during the promotion and up to 30 days after the end of piece distribution.
The Pace O Matic cash out vouchers are only viable the day they are printed.

GLOBAL GAMING INITIATIVES, LLC.
Professional Strategies for the Gaming Industry
2273 Coral Ridge Avenue · Henderson, Nevada 89052
Phone 702.373.7758 · Fax 702.617.4413

j-mmeyer @ mindspring.com

**EXHIBIT C**



### ENTRIES / PIECES PER PURCHASE:

McDonald's generally issues 1 piece per food item purchased. The correlation is 1 piece per item purchased regardless of the item's price.

Pace O Matic issues 100 entries per U.S. Dollar placed in the Electronic Gambling Device. Pace O Matic does not require that any merchandise be delivered to the player prior to the player's initial wager. NOTE: One Dollar is the minimum increment that the Electronic Gambling Device can accept, as currency is the only method to make purchases.

### INCREMENTAL VERSES PRIMARY REVENUE GENERATION:

McDonald's promotion is designed to increase food item sales, generating incremental income over non promotion periods.

Pace O Matic Electronic Gambling Devices are the Location Operator's primary sources of revenue. Based on my observations of the discount coupons containing the merchandise redemption code lying about the Location floors, I would only expect a nominal, if any, income generation from merchandise sales.

### ELECTRONIC VERSES CARDBOARD:

McDonald's promotion pieces are made of cardboard and passive in nature. Their use only requires the customer to peel open and compare to the promotion materials.

Pace O Matic Electronic Gambling Devices require the player to either choose an "instant reveal" or to play-off the entries through commercial casino style games, i.e. video poke, keno, video slots, bingo, video blackjack, and Slotto. The latter option can take a significant amount of time as well as requires player wager decision making and game selection interaction.

### LOCATION SQUARE FOOTAGE DEDICATED TO THE PROMOTION:

With the exception of posters and marketing collateral storage, McDonald's does not dedicate any restaurant square footage to their promotion. The promotion does not alter or displace their primary business purpose.

With the exception of a poster or two, and the occasional key board and monitor station, the Location Operators are fully dedicated to the placement and support of the Electronic Gambling Devices. Merchandise is not offered or displayed at the Locations despite the claim that these Electronic Gambling Devices' main purpose is to support the merchandise sale.

### "ODDS OF WINING:"

McDonalds's odds and award amounts are fixed at the time of printing prior to the initiation of the promotion and available to the customer in printed form or on line.

Pace O Matic odds are variable and change by the Electronic Gambling Devices' casino games the player chooses. The award amounts are variable according to the amount wagered and whether the casino style game possesses a progressive bonus or top award.



**PRODUCT PURCHASE**

McDonald's delivers their merchandise (food) immediately at the time of purchase without any intermediary steps or the involvement outside entities. Purchases can be completed through cash, debit, or credit cards.

There are several steps required to obtain a Products Direct item. The Location Operators require the player to go to a Pace O Matic Electronic Gambling Devices to purchase a Products Direct "discount coupon" with a noted value of twice the purchase amount. The player must then use a computer to go to Products Direct's on-line website to place their order and then pay a significant shipping rate for the item's delivery. The product is noted to arrive in 4 to 6 weeks. Products Direct permits the player to accumulate an unlimited amount of coupons, but Products Direct has a limit to the coupon total and discount the player is permitted to redeem. Discount coupon purchases can only be completed through cash at the Electronic Gambling Devices. NOTES: 1-a Products Direct on-line purchase does not provide an entry. 2-If the player Location Operators the discount coupon, there is no method of replacing it. The player is out his payment.

**FREE ENTRIES / FREE PIECES:**

McDonald's generally issues 1 "free" piece per day issued at the time of request. This request does not require any divulging of personal information such as age or address. The free piece can be redeemed at any McDonalds's restaurant or sales counter.

The Pace O Matic "free entries" is a cumbersome undertaking which requires a handwritten post card to be completed and mailed. This postcard must contain personal information such as age and address. A coupon worth 100 entries will be mailed within 4 weeks and can only be used in a specific Electronic Gambling Devices.

**ELIGIBILITY FOR LARGER AWARDS:**

Pace O Matic requires multiple entries to be combined in order for the wager to be eligible for the larger and top awards. For example, one of the video slot games requires a "max" wager of 800 entries, or the equivalent of $8 to receive the jackpot, if the appropriate symbols occur.

Theoretically, only two McDonald's pieces are needed to win the top prize.

**AWARD FORMAT:**

McDonald's prizes are in the form of; food, trips, merchandise, and cash. As McDonald's is using this promotion to increase sales, food awards account for the greatest quantity of awards. Cash is one of McDonalds's smallest prize categories.

The Location Operators only issues cash despite the notation on the Pace O Matic Electronic Gambling Devices regarding the availability of gift certificates. Unlike McDonald's accentuating their food offerings as prizes in their promotion, Pace O Matic Electronic Gambling Devices and the Location Operators do not offer Products Direct or any merchandise as awards.



**CHANGES IN GAME RULES:**
McDonald's promotion rules are set and noted in their printed marketing collateral. They are in continuous affect with out change during the promotion.
Pace O Matic Electronic Gambling Devices have multiple casino style games whose odds can be altered or games changed and removed at any time.

**PROGRESSIVES:**
For the McDonald's promotion, customer participation does not have an affect on the size of the awards. The award values are fixed prior to the commencement of the promotion.
As players wager on the Pace O Matic Electronic Gambling Devices, several of the casino style games' bonus and top award's values increment. These are known as "Progressives," as they progress with player interaction and wagering activity.

**PARTICIPATION POOL:**
For McDonalds's promotion, the customers are simultaneously participating within multiple McDonald's restaurants. The actions of customers directly affect the odds of the other customers as they remove pieces and their correlating values from the available pool.
Pace O Matic participants are playing against the "house" as they have the option of multiple casino style games containing varying odds. The player's wagers only affect the potential outcome of the game they're playing. One player's actions do not have a direct affect on other players.

**SUMMARY:**
   **PLAYER / CUSTOMER, EXPECTATION / PURPOSE:**

When a customer approaches the service counter at McDonald's, they're at that restaurant to purchase food (merchandise). A customer will not order a hamburger, peel back the promotion piece, then leave the hamburger untouched on the counter, and walk out.

When a player travels to a Location and approaches a Pace O Matic Electronic Gambling Devices, they are at that terminal to gamble. They've not made the journey to purchase a discount coupon for merchandise, especially when similar merchandise is immediately available and much less expensive in most stores closer to their homes. A player, rarely, if at all, retains the discount coupon, but will definitely wager the entries on the Electronic Gambling Devices.