# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 12-00577LEK-RLP |
| CASE NAME: | PJY Enterprises, LLC, a Hawaii limited liability company, et al. vs. Keith M. Kaneshiro, in his official capacity as the Prosecuting Attorney of the City and County of Honolulu, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 01/30/2013 | TIME: | |

COURT ACTION:  EO: ORDER REGARDING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION, AND DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [DKT. NOS. 6, 8, 61]

      Before the Court are the following motions: (1) Plaintiffs' PJY Enterprises, LLC ("PJY"), Lucky G Enterprises, Inc., S L & G Investments, LLC, WZ Waikiki Partners, LLC, WZ Wahiawa Partners, LLC, and PMG Entertainments, LLC's (collectively "Plaintiffs") Motion for Temporary Restraining Order and Motion for Preliminary Injunction ("PJY Motions"), filed on November 1, 2012 [dkt. nos. 6, 8;] and (2) Defendants Keith M. Kaneshiro, Louis M. Kealoha, and the Honolulu Police Department's ("HPD," all collectively "the City") Motion for Summary Judgment ("City Motion"), filed on December 19, 2012 [dkt. no. 61].

      The Court held a hearing on the PJY Motions on December 3 and 5, 2012. The Court finds the City's Motion suitable for disposition without a hearing pursuant to Rule LR7.2(d) of the Local Rules of Practice of the United States District Court for the District of Hawai`i.

      After careful consideration of the motions, supporting and opposing memoranda, and the arguments of counsel and testimony at the hearing, the PJY Motions are HEREBY DENIED and the City Motion is HEREBY DENIED.  The Court will set forth its reasoning in a written order to be filed by **February 28, 2013.**

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager